**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **JSM Consulting Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3730191** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **65 Station Road**<br>**Cranbury, NJ 08512-3152**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex**<br>County | Location of principal assets, if different from principal place of business<br>**New York State Insurance Fund, 199 Church Street, New York, NY  10007 and New York City Housing Authority, 90 Church St New York, NY 10007**<br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)     **www.jsmconsultant..com**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JSM Consulting Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **JSM Consulting Inc.**
_____    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **JSM Consulting Inc.**                                          Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **JSM Consulting Inc.**                                      Case number (*if known*) _____
         Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 18, 2021**
              MM / DD / YYYY

X _____                    **Mukesh Somani**
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____                    Date **October 18, 2021**
Signature of attorney for debtor                           MM / DD / YYYY

**Jonathan I. Rabinowitz**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**30 East 9th Street**
**Apt. 5-L**
**New York, NY 10003**
Number, Street, City, State & ZIP Code

Contact phone   **973-597-9100**        Email address   **jrabinowitz@rltlawfirm.com**

**1426592 NY**
Bar number and State

---

## RESOLUTION OF SPECIAL MEETING
## OF BOARD OF DIRECTORS OF
## JSM CONSULTING INC.

I hereby certify that at a duly called and held special meeting of the Board of

Directors of JSM Consulting Inc., a corporation of the State of New Jersey (the "Corporation"),

held on the 1̸8̸ th day of October 2021, the following Resolutions were proposed and

unanimously adopted by all Directors present:

> **RESOLVED,** that the officers of the aforementioned Corporation, in view of its financial condition, as well as other circumstances, including, but not limited to, the pending arbitration proceeding involving IIT, Inc., be and are hereby authorized and directed on behalf of the Corporation, to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of Rabinowitz, Lubetkin & Tully, LLC for the purposes of preparing, filing, and prosecuting a Petition under Subchapter V of Chapter 11 and to take all steps necessary and related thereto, and that Mukesh Somani is hereby authorized to execute the Petition and any other pleadings or documents he or other officers deem necessary in connection with the Chapter 11 case of the Corporation; and it is further

> **RESOLVED,** that the officers of the Corporation be, and each of them hereby are, authorized and directed in the name and on behalf of the Corporation, to prepare, execute, issue, deliver and/or file any and all such further agreements, certificates, instruments, letters and pleadings and other documents to perform any and all such acts as they may deem necessary or desirable to effectuate fully the foregoing Resolution.

In certification hereof, I do set my hand and seal this __18__ th day of October

2021.

JSM CONSULTING INC.

By:_____
              MUKESH SOMANI
              Chief Executive Officer

Fill in this information to identify the case:

Debtor name __JSM Consulting Inc.__

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 18, 2021__         X _____
                                              Signature of individual signing on behalf of debtor

                                         __Mukesh Somani__
                                         Printed name

                                         __Chief Executive Officer__
                                         Position or relationship to debtor

# JSM Consulting

Balance Sheet

As of September 30, 2021

|  | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 1010 TD Bank Checking #...5305 | 367,984.61 |
| 1020 JSM Business #....2799 | 25.00 |
| 1030 JSM Business Checking #.....2806 | 25.00 |
| 1040 JSM Business Savings #....0686 | 200,026.63 |
| 1072 Bill.com Money Out Clearing | 0.00 |
| 1099 Petty cash | 1,000.00 |
| **Total Bank Accounts** | **$569,061.24** |
| Accounts Receivable | |
| 1200 Accounts Receivable (A/R) | 1,930,348.51 |
| **Total Accounts Receivable** | **$1,930,348.51** |
| Other Current Assets | |
| 1360 Loan Receivable - Officers | 0.00 |
| 1380 Employee Cash Advances | 0.00 |
| 1610 Auto Lease Security Deposit | 3,000.00 |
| **Total Other Current Assets** | **$3,000.00** |
| **Total Current Assets** | **$2,502,409.75** |
| Fixed Assets | |
| 1400 Equipments | 3,227.07 |
| 1410 Accumulated Depreciation - Equipment | -3,227.07 |
| **Total Fixed Assets** | **$0.00** |
| Other Assets | |
| 1600 Deposits | 850.00 |
| **Total Other Assets** | **$850.00** |
| **TOTAL ASSETS** | **$2,503,259.75** |

# JSM Consulting

### Balance Sheet

As of September 30, 2021

|  | TOTAL |
|---|---:|
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| 2000 Accounts Payable (A/P) | 567,254.11 |
| **Total Accounts Payable** | **$567,254.11** |
| Credit Cards |  |
| 2050 Amex CC #....52002 | 851.51 |
| 2051 Amex CC #...81001 | 4,617.28 |
| 2052 TD Bank CC #....3715 Closed | 0.00 |
| **Total Credit Cards** | **$5,468.79** |
| Other Current Liabilities |  |
| 2210 TD Bank Line of Credit #...X9001 | 150,000.00 |
| 401 K deductions Payable | 2,110.00 |
| Child support payable | 0.00 |
| NY PFL Payable | 0.00 |
| **Total Other Current Liabilities** | **$152,110.00** |
| **Total Current Liabilities** | **$724,832.90** |
| Long-Term Liabilities |  |
| 2225 Dues To / From JSM Real Estate | 0.00 |
| 2230 Dues To/ From Rishaan Consulting | 0.00 |
| 2300 Loan Payable | 0.00 |
| 2310 PPP Loan Payable | 0.00 |
| 2320 SBA Loan payable | 145,015.20 |
| **Total 2300 Loan Payable** | **145,015.20** |
| **Total Long-Term Liabilities** | **$145,015.20** |
| **Total Liabilities** | **$869,848.10** |
| Equity |  |
| 3000 Capital Stock | 101.00 |
| 3001 Opening Balance Equity | 0.00 |
| 3100 Additional Paid in Capital | 78,957.15 |
| 3900 Retained Earnings | 916,252.72 |
| 3910 Shareholder Distribution | -245,457.06 |
| Startup funding | 0.00 |
| Net Income | 883,557.84 |
| **Total Equity** | **$1,633,411.65** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,503,259.75** |

# JSM Consulting

## Profit and Loss

### January - September, 2021

| | TOTAL |
|---|---|
| Income | |
| 4000 Sales | 6,774,626.83 |
| **Total Income** | **$6,774,626.83** |
| GROSS PROFIT | **$6,774,626.83** |
| Expenses | |
| 6050 Automobile Expense | 6,158.20 |
| 6052 Fuel- Gas | 1,267.25 |
| 6053 Auto - Repairs & Maintenance | 627.80 |
| 6055 Auto Lease Payments | 2,405.00 |
| **Total 6050 Automobile Expense** | **10,458.25** |
| 6080 Business Promotions | 2,199.00 |
| 6260 Printing & Reproduction | 94.36 |
| 6270 Legal & Professional Fees | 56,758.28 |
| 6275 Legal Fees | 7,080.00 |
| **Total 6270 Legal & Professional Fees** | **63,838.28** |
| 6400 Salaries and Wages | |
| 6420 Associates Salary | 2,773,764.44 |
| **Total 6400 Salaries and Wages** | **2,773,764.44** |
| 6500 Taxes (Employer) - Payroll | -4,713.04 |
| 6510 FICA | 199,654.91 |
| 6520 FUTA | 2,025.59 |
| 6530 State Unemployment/ Disability | 12,424.97 |
| **Total 6500 Taxes (Employer) - Payroll** | **209,392.43** |
| ADP Payroll Exchange | -1,555.58 |
| Advertising/Promotional | 2,480.00 |
| Auto Expenses | 485.00 |
| Bank Charges | 3,857.49 |
| Bonus Gifts | 763.45 |
| Charitable Contributions | 156.00 |
| Commissions & fees | 9,649.40 |
| Computer Software | 869.71 |
| Donations | 53.75 |
| Dues & Subscriptions | 1,186.75 |
| Health Insurance - Employee Benefits | 37,243.57 |
| Insurance | 24,267.97 |
| Insurance - Workmen's Comp | 7,044.10 |
| **Total Insurance** | **31,312.07** |
| Insurance - Disability | 700.83 |

# JSM Consulting

Profit and Loss

January - September, 2021

|  | TOTAL |
|---|---|
| Interest Expenses | |
| Loan Interest | 1,462.00 |
| **Total Interest Expenses** | **1,462.00** |
| Internet | 813.31 |
| Licenses & Permits | 8,645.25 |
| Line of Credit interest | 1,367.56 |
| Meals | 1,101.75 |
| Meals and Entertainment | 496.87 |
| Office Expenses | 3,376.80 |
| OUTSOURCING | 3,170,826.96 |
| Payroll Processing Fees | 4,206.80 |
| Postage | 15.90 |
| Recruitment Expenses | 3,975.33 |
| Rent or Lease | 23,534.00 |
| Security and Alarm | 90.57 |
| Shipping and delivery expense | 89.29 |
| Subscriptions | -691.51 |
| Supplies | 438.77 |
| Taxes - Corporate Income | 45,294.00 |
| Telephones | 4,761.39 |
| Trash/Waste Management | 226.24 |
| Travel | 17,636.54 |
| Travel Expenses for Employees | 7,683.19 |
| Travel Meals | 51.37 |
| Uncategorized Expense | 155.76 |
| Utilities | 2,913.79 |
| **Total Expenses** | **$6,445,421.13** |
| NET OPERATING INCOME | **$329,205.70** |
| Other Income | |
| Interest Earned | 273.04 |
| Tax Exempt Income (PPP Loan Forgiveness) | 553,750.00 |
| **Total Other Income** | **$554,023.04** |
| Other Expenses | |
| Miscellaneous | -329.10 |
| **Total Other Expenses** | **$ -329.10** |
| NET OTHER INCOME | **$554,352.14** |
| NET INCOME | **$883,557.84** |

21204 09/15/2021 1:09 PM

# Filing Instructions

## JSM Consulting Inc

## Form 8879-S

## U.S. S Corporation Income Tax Declaration for an IRS *e-file* Return with Electronic Filing Personal Identification Number

## Taxable Year Ended December 31, 2020

**Date Due:** September 15, 2021

**Remittance:** None is required. No amount is due or overpaid.

**Signature:** You are using the Personal Identification Number (PIN) for signing your return electronically. Form 8879-S, IRS e-file Signature Authorization for Form 1120S should be signed and dated by an authorized officer of the corporation and returned to:

Dharmesh N. Shah, CPA, LLC
1941 Oak Tree Rd Ste 303
Edison, NJ 08820-2069

*Important:* **Your return will not be filed with the IRS until the signed Form 8879-S, IRS e-file Signature Authorization for Form 1120S has been received by this office.**

**Other:** Your return is being filed electronically with the IRS and is not required to be mailed. If you mail a paper copy of Form 1120-S to the IRS it will delay processing of your return.

21204

Form **8879-S**

Department of the Treasury
Internal Revenue Service

### IRS *e-file* Signature Authorization for Form 1120-S

◆ ERO must obtain and retain completed Form 8879-S.
◆ Go to *www.irs.gov/Form8879S* for the latest information.
For calendar year 2020, or tax year beginning                , and ending

OMB No. 1545-0123

**2020**

| Name of corporation | Employer identification number |
|---|---|
| JSM CONSULTING INC | 45-3730191 |

**Part I**    **Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | 1 | 8,367,873 |
| 2 | Gross profit (Form 1120-S, line 3) | 2 | 8,367,873 |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) | 3 | 231,792 |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | 4 | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | 5 | 228,977 |

**Part II**    **Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize   DHARMESH N. SHAH, CPA, LLC    to enter my PIN   08820   as my signature
         ERO firm name                                                  Don't enter all zeros
on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ◆ _____ Date ◆ 09/14/21   Title ◆ OWNER
     RASHMI SOMANI

**Part III**    **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.

                                       20309902280
                                          Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ◆ _____ Date ◆ 09/14/21

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see instructions.

Form **8879-S** (2020)

DAA

21204

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ◆ Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>◆ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2020** |

**For calendar year 2020 or tax year beginning** _____ **, ending** _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>11/02/11 | | Name<br>JSM CONSULTING INC | | **D** Employer identification number<br>45-3730191 |
| **B** Business activity code<br>number (see instructions)<br>561300 | TYPE<br>OR<br>PRINT | Number, street, and room or suite no. If a P.O. box, see instructions.<br>65 STATION ROAD - 2ND FLOOR | | **E** Date incorporated<br>11/02/2011 |
| **C** Check if Sch. M-3<br>attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>CRANBURY          NJ 08521 | | **F** Total assets (see instructions)<br>$          676,209 |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if:  (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................................ ◆  1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales ..................................... | **1a** | 8,367,873 | |
| | **b** | Returns and allowances ..................................... | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a ..................................... | | **1c** | 8,367,873 |
| | **2** | Cost of goods sold (attach Form 1125-A) ..................................... | | **2** | |
| | **3** | Gross profit. Subtract line 2 from line 1c ..................................... | | **3** | 8,367,873 |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) ..................................... | | **4** | |
| | **5** | Other income (loss) (see instructions—attach statement)        SEE STMT 1 | | **5** | 334 |
| | **6** | **Total income (loss).** Add lines 3 through 5 ..................................... ◆ | | **6** | 8,368,207 |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions—attach Form 1125-E) ..................................... | | **7** | 300,000 |
| | **8** | Salaries and wages (less employment credits) ..................................... | | **8** | 3,597,166 |
| | **9** | Repairs and maintenance ..................................... | | **9** | 2,352 |
| | **10** | Bad debts ..................................... | | **10** | |
| | **11** | Rents ..................................... | | **11** | 31,422 |
| | **12** | Taxes and licenses ..................................... | | **12** | 328,344 |
| | **13** | Interest (see instructions) ..................................... | | **13** | 23,738 |
| | **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) ..................................... | | **14** | |
| | **15** | Depletion (**Do not deduct oil and gas depletion.**) ..................................... | | **15** | |
| | **16** | Advertising ..................................... | | **16** | |
| | **17** | Pension, profit-sharing, etc., plans ..................................... | | **17** | |
| | **18** | Employee benefit programs ..................................... | | **18** | 57,262 |
| | **19** | Other deductions (attach statement)        SEE STMT 2 | | **19** | 3,796,131 |
| | **20** | **Total deductions.** Add lines 7 through 19 ..................................... ◆ | | **20** | 8,136,415 |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 ..................................... | | **21** | 231,792 |
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** | Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** | 2020 estimated tax payments and 2019 overpayment credited to 2020 | **23a** | | |
| | **b** | Tax deposited with Form 7004 | **23b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** | Reserved for future use | **23d** | | |
| | **e** | Add lines 23a through 23d ..................................... | | **23e** | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ..................................... ◆ ☐ | | **24** | |
| | **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed ..................................... | | **25** | |
| | **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid ..................................... | | **26** | |
| | **27** | Enter amount from line 26: Credited to 2021 estimated tax ◆ _____ Refunded ◆ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No |
|---|---|---|---|
| ▶ Signature of officer     RASHMI SOMANI | Date | Title     OWNER | |

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>DHARMESH N. SHAH, CPA | Preparer's signature | Date<br>09/15/21 | Check ☐ if<br>self-employed | PTIN<br>P00292769 |
| Firm's name ◆ DHARMESH N. SHAH, CPA, LLC | | | Firm's EIN ◆ 80-0009408 | |
| Firm's address ◆ 1941 OAK TREE RD STE 303<br>EDISON, NJ          08820-2069 | | | Phone no. 732-662-3355 | |

**For Paperwork Reduction Act Notice, see separate instructions.**          Form **1120-S** (2020)

DAA

21204

| Form 1120-S (2020)   JSM CONSULTING INC | 45-3730191 | Page 2 |
|---|---|---|

## Schedule B   Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:    a [X] Cash   b [ ] Accrual |  |  |
|  | c [ ] Other (specify) ◆ ............................................................................... |  |  |
| **2** | See the instructions and enter the: |  |  |
|  | **a** Business activity ◆ STAFFING SERVICES .................... **b** Product or service ◆ STAFFING SERVICES |  |  |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a |  |  |
|  | nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation .................. |  | X |
| **4** | At the end of the tax year, did the corporation: |  |  |
|  | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any |  |  |
|  | foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) |  |  |
|  | below ........................................................................................................................ |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or |  |  |
|  | capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a |  |  |
|  | trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ................................ |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ................................ |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)**   Total shares of restricted stock ...................................................... ◆ |  |  |
|  | **(ii)**   Total shares of non-restricted stock ................................................. ◆ |  |  |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ........... |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)**   Total shares of stock outstanding at the end of the tax year ............................. ◆ |  |  |
|  | **(ii)**   Total shares of stock outstanding if all instruments were executed ........................ ◆ |  |  |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide |  |  |
|  | information on any reportable transaction? ...................................................................................... |  | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ........................ ◆ [ ] |  |  |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount |  |  |
|  | Instruments. |  |  |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a |  |  |
|  | basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** |  |  |
|  | **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in |  |  |
|  | gain reduced by net recognized built-in gain from prior years. See instructions ................................... ◆ $ |  |  |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business |  |  |
|  | in effect during the tax year? See instructions ................................................................................ |  | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions ..................................................... |  | X |
|  | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
|  | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years |  |  |
|  | preceding the current tax year are more than $26 million and the corporation has business interest expense. |  |  |
|  | **c** The corporation is a tax shelter and the corporation has business interest expense. |  |  |
|  | If "Yes," complete and attach Form 8990. |  |  |
| **11** | Does the corporation satisfy **both** of the following conditions? ............................................................... |  | X |
|  | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. |  |  |
|  | **b** The corporation's total assets at the end of the tax year were less than $250,000. |  |  |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |

Form **1120-S** (2020)

DAA

Form 1120-S (2020)   JSM CONSULTING INC                45-3730191                     Page 3

## Schedule B   Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ......................................◆ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ......................................◆ $ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | **1** | 231,792 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | 3a | Other gross rental income (loss) ........... **3a** | | |
| | b | Expenses from other rental activities (attach statement) ..... **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | 4 | Interest income | **4** | |
| | 5 | Dividends: a Ordinary dividends | **5a** | |
| | | b Qualified dividends ........... **5b** | | |
| | 6 | Royalties | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **8a** | |
| | b | Collectibles (28%) gain (loss) ........... **8b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) ..... **8c** | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | 10 | Other income (loss) (see instructions) ......... Type ◆ | **10** | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | **11** | |
| | 12a | Charitable contributions               SEE STMT 3 | **12a** | 2,815 |
| | b | Investment interest expense | **12b** | |
| | c | Section 59(e)(2) expenditures .......... Type ◆ | **12c** | |
| | d | Other deductions (see instructions) ........ Type ◆ | **12d** | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | **13a** | |
| | b | Low-income housing credit (other) | **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | d | Other rental real estate credits (see instructions)   Type ◆ | **13d** | |
| | e | Other rental credits (see instructions)       Type ◆ | **13e** | |
| | f | Biofuel producer credit (attach Form 6478) | **13f** | |
| | g | Other credits (see instructions)         Type ◆ | **13g** | |
| Foreign Transactions | 14a | Name of country or U.S. possession ◆ | | |
| | b | Gross income from all sources | **14b** | |
| | c | Gross income sourced at shareholder level | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Reserved for future use | **14d** | |
| | e | Foreign branch category | **14e** | |
| | f | Passive category | **14f** | |
| | g | General category | **14g** | |
| | h | Other (attach statement) | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense | **14i** | |
| | j | Other | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Reserved for future use | **14k** | |
| | l | Foreign branch category | **14l** | |
| | m | Passive category | **14m** | |
| | n | General category | **14n** | |
| | o | Other (attach statement) | **14o** | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ◆ ☐ Paid   ☐ Accrued ........................◆ | **14p** | |
| | q | Reduction in taxes available for credit (attach statement) | **14q** | |
| | r | Other foreign tax information (attach statement) | | |

DAA                                                                           Form **1120-S** (2020)

21204

Form 1120-S (2020)   JSM CONSULTING INC                45-3730191                    Page **4**

| Schedule **K** | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| | **15a** Post-1986 depreciation adjustment | 15a | |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties – gross income | 15d | |
| | **e** Oil, gas, and geothermal properties – deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | 875 |
| | **d** Distributions (attach statement if required) (see instructions) | 16d | 207,503 |
| | **e** Repayment of loans from shareholders | 16e | |
| | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement)          SEE STATEMENT 4 | | |
| | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 228,977 |

Alternative Minimum Tax (AMT) Items

Items Affecting Shareholder Basis

Other Information

Recon- ciliation

| Schedule **L** | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| **1** | Cash | | 17,304 | | 672,359 |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) STMT 5 | | 302,941 | | 3,000 |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 3,227 | | 3,227 | |
| **b** | Less accumulated depreciation | ( 3,227 ) | 0 | ( 3,227 ) | 0 |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | ( ) | | ( ) | |
| **14** | Other assets (attach statement) STMT 6 | | 850 | | 850 |
| **15** | Total assets | | 321,095 | | 676,209 |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) STMT 7 | | 269 | | 12,491 |
| **19** | Loans from shareholders | | 380,858 | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | 703,151 |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | 101 | | 101 |
| **23** | Additional paid-in capital | | 78,957 | | 78,957 |
| **24** | Retained earnings | | -139,090 | | -118,491 |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | 321,095 | | 676,209 |

Form **1120-S** (2020)

DAA

21204

Form 1120-S (2020)   JSM CONSULTING INC                45-3730191                          Page **5**

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 228,102 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation  $ | | a | Depreciation  $ | |
| b | Travel and entertainment  $           875 | | | | |
| | | 875 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 228,977 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 228,977 |

## Schedule M-2  Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -139,090 | | | |
| 2 | Ordinary income from page 1, line 21 | 231,792 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( | | | |
| 5 | Other reductions          STMT 8 | (        3,690 | | | ( ) |
| 6 | Combine lines 1 through 5 | 89,012 | | | |
| 7 | Distributions | 207,503 | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -118,491 | | | |

Form **1120-S** (2020)

DAA

21204

671120

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

| Schedule K-1 (Form 1120-S) | **2020** |
|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____     ending _____

### Shareholder's Share of Income, Deductions, Credits, etc.
" See back of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
45-3730191

**B** Corporation's name, address, city, state, and ZIP code
JSM CONSULTING INC

65 STATION ROAD - 2ND FLOOR
CRANBURY          NJ  08521

**C** IRS Center where corporation filed return
E-FILE

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
RASHMI SOMANI
5 JAKE PLACE

MONROE            NJ  08831

**F** Current year allocation percentage ............... 100.000000 %

**G** Shareholder's number of shares
Beginning of tax year ..................... 1,000
End of tax year ............................ 1,000

**H** Loans from shareholder
Beginning of tax year ............ $ 340,858
End of tax year .................. $ 340,858

For IRS Use Only

**Part III** — **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| # | Description | | # | Description | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) 231,792 | | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis C* 875 | |
| 12 | Other deductions A 2,815 | | | D 207,503 | |
| | | | 17 | Other information V* STMT | |
| | | | | AC* STMT | |
| 18 | ☐ More than one activity for at-risk purposes* | | | | |
| 19 | ☐ More than one activity for passive activity purposes* | | | | |

* See attached statement for additional information.

21204

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

◆ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

◆ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

JSM CONSULTING INC

Employer identification number

45-3730191

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 RASHMI SOMANI | | 100.000 % | 100.000 % | % | 200,000 |
| MUKESH SOMANI | | 100.000 % | % | % | 100,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers .................................................. | **2** | 300,000 |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ....................................... | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return .................................................. | **4** | 300,000 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

DAA

21204

## Section 199A Information Worksheet

| Form **1120-S** | For calendar year 2020 or tax year beginning _____ , ending _____ | **2020** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| JSM CONSULTING INC | 45-3730191 |

|  | **Activity Description** | **Pass-Through Entity EIN** | **PTP** | **Aggregated** | **SSTB** |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | _____ | ☐ | ☐ | ☐ |
| Column B | _____ | _____ | ☐ | ☐ | ☐ |
| Column C | _____ | _____ | ☐ | ☐ | ☐ |
| Column D | _____ | _____ | ☐ | ☐ | ☐ |
| Column E | _____ | _____ | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 231,792 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 3,897,166 | | | | |
| **Qualified property** | 3,227 | | | | |

**Other Information:**
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Section 199A(g) deduction

**Section 199A REIT dividends**

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Federal  Statements

## Statement 1 - Form 1120-S, Page 1, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---|
| INTEREST INCOME | $ 334 |
| TOTAL | $ 334 |

## Statement 2 - Form 1120-S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| AUTOMOBILE EXPENSE | $ 13,755 |
| BANK CHARGES | 2,259 |
| BUSINESS PROMOTIONS | 1,192 |
| COMPUTER SOFTWARE | 3,072 |
| COMPUTER REPAIRS | 3,963 |
| DUES & SUBSCRIPTIONS | 127 |
| INTERNET | 1,140 |
| INSURANCE | 48,409 |
| LICENSE & PERMITS | 10,013 |
| OUTSOURCING | 3,340,531 |
| PAYROLL PROCESS FEES | 4,370 |
| PEST/TERMITE CONTROL EXPENSE | 336 |
| POSTAGE & DELIVERY | 1,265 |
| PRINTING & PRODUCTION | 616 |
| PROFESSIONAL FEES | 288,146 |
| RECRUITTING EXPENSES | 25,209 |
| SECURITY | 699 |
| SEWAGE | 79 |
| SUPPLIES | 3,230 |
| TRAVEL | 39,620 |
| TRASH REMOVAL EXP | 471 |
| TELEPHONE | 5,948 |
| UTILITIES | 348 |
| WEBHOSTING | 458 |
| 50% OF MEALS | 875 |
| TOTAL | $ 3,796,131 |

## Statement 3 - Form 1120-S, Page 3, Schedule K, Line 12a - Cash Contributions

| Description | Cash Contrib 60% | Cash Contrib 30% | Qualified Cash Contrb | Total |
|---|---|---|---|---|
| VARIOUS | $ 2,815 | $ | $ | $ 2,815 |
| TOTAL | $ 2,815 | $ 0 | $ 0 | $ 2,815 |

## Statement 4 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---|
| SECTION 199A INFORMATION - SEE ATTACHED WRK | |

1-4

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Federal Statements

### Statement 5 - Form 1120-S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| MECEDES LEASE - DEPOSIT | $ 3,000 | $ 3,000 |
| LOAN - OTHER | 216,908 | |
| DUE FROM JSM REAL ESTATE | 51,115 | |
| DUE FROM RISHAAN CONSULTING | 31,918 | |
| TOTAL | $ 302,941 | $ 3,000 |

### Statement 6 - Form 1120-S, Page 4, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| DEPOSIT | $ 850 | $ 850 |
| TOTAL | $ 850 | $ 850 |

### Statement 7 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| CREDIT CARD PAYABLE | $ 269 | $ 1,278 |
| PENSION PAYABLE | | 6,500 |
| PAYROLL LIABILITIES | | 4,713 |
| TOTAL | $ 269 | $ 12,491 |

### Statement 8 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| TRAVEL & ENTERTAINMENT | $ 875 |
| CHARITABLE CONTRIBUTIONS | 2,815 |
| TOTAL | $ 3,690 |

21204 JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Federal Statements
## RASHMI SOMANI

---

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| PAGE 1 MEALS | $ 875 |
| TOTAL | $ 875 |

### Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990 GROSS RECEIPTS FOR 2019 | 5,224,332 |
| 8990 GROSS RECEIPTS FOR 2018 | 4,209,465 |
| 8990 GROSS RECEIPTS FOR 2017 | 4,104,156 |

21204

| Form **1120-S** Schedule K-1 | Schedule K-1, Box 17, Code V Shareholder's Section 199A Information | **2020** |
|---|---|---|
| | For calendar year 2020 or tax year beginning                    , ending | |

| Name **JSM CONSULTING INC** **RASHMI SOMANI** | Taxpayer Identification Number **45-3730191** |
|---|---|

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 231,792 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 3,897,166 | | | | |
| **Qualified property** | 3,227 | | | | |

Other Information:
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Section 199A(g) deduction

**Section 199A REIT dividends**

21204 09/15/2021 1:09 PM

Year Ending: December 31, 2020                                          45-3730191

JSM Consulting Inc
65 Station Road - 2nd Floor
Cranbury, NJ  08521

## Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor
election to all qualifying property placed in service during the tax year.

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Federal Asset Report
## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Equipment | 11/14/12 | 961 | | | | 961 | 5 | MQ | 200DB | 961 | 0 |
| 2 | Laptop | 7/30/14 | 2,266 | | X | X | 0 | 5 | HY | 200DB | 2,266 | 0 |
| | | | 3,227 | | | | 961 | | | | 3,227 | 0 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 3,227 | | | | 961 | | | | 3,227 | 0 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 3,227 | | | | 961 | | | | 3,227 | 0 |

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Bonus Depreciation Report
## Form 1120-S, Page 1

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|-------|---------------------|-----------------|----------|---------|-----------------|---------------|-------------|----------------------|
| 2 | Laptop | 7/30/14 | 2,266 | | 2,266 | 0 | 0 | 0 |
| | | **Grand Total** | 2,266 | | 0 | 0 | 0 | 0 |

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

**AMT Asset Report**
**Form 1120-S, Page 1**

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Equipment | 11/14/12 | 961 | | | | 961 | 5 | MQ | 150DB | 961 | 0 |
| 2 | Laptop | 7/30/14 | 2,266 | | X | X | 0 | 5 | HY | 200DB | 2,266 | 0 |
| | | | 3,227 | | | | 961 | | | | 3,227 | 0 |
| | **Grand Totals** | | 3,227 | | | | 961 | | | | 3,227 | 0 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 3,227 | | | | 961 | | | | 3,227 | 0 |

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Depreciation Adjustment Report
## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | |
| Page 1 | 1 | 1 | Equipment | 0 | 0 | 0 |
| Page 1 | 1 | 2 | Laptop | 0 | 0 | 0 |
| | | | | 0 | 0 | 0 |

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Future Depreciation Report    FYE: 12/31/21
## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Tax | AMT |
|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | |
| 1 | Equipment | 11/14/12 | 961 | 0 | 0 |
| 2 | Laptop | 7/30/14 | 2,266 | 0 | 0 |
| | | | 3,227 | 0 | 0 |
| | **Grand Totals** | | 3,227 | 0 | 0 |

21204

| Form **1120-S** | **Schedule K-1 Summary Worksheet** | **2020** |
|---|---|---|

Name | Employer Identification Number
JSM CONSULTING INC | 45-3730191

**Shareholder Name** | **SSN/EIN**
Column A    RASHMI SOMANI
Column B
Column C
Column D

| | Schedule K Items | Column A | Column B | Column C | Column D | SCH K TOTAL |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | 231,792 | | | | 231,792 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | | | | | |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deduction | | | | | |
| 12a | Contributions | 2,815 | | | | 2,815 |
| 12b | Invest interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a | Low-inc house 42j5 | | | | | |
| 13b | Low-inc house other | | | | | |
| 13c | Qualif rehab exp | | | | | |
| 13d | Rental RE credits | | | | | |
| 13e | Other rental credits | | | | | |
| 13f | Biofuel credit | | | | | |
| 13g | Other credits | | | | | |
| 14b | Gross inc all src | | | | | |
| 14d-f | Total foreign inc | | | | | |
| 14g-k | Total foreign deds | | | | | |
| 14l | Total foreign taxes | | | | | |
| 14m | Reduct in taxes | | | | | |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | 875 | | | | 875 |
| 16d | Distributions | 207,503 | | | | 207,503 |
| 16e | Shr loan repmts | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | 228,977 | | | | 228,977 |

21204

| | **Retained Earnings Reconciliation Worksheet** | |
|---|---|---|
| Form **1120-S** | For calendar year 2020 or tax year beginning _____ , ending _____ | **2020** |

| Name | Employer Identification Number |
|---|---|
| JSM CONSULTING INC | 45-3730191 |

## Schedule L - Retained Earnings

| | |
|---|---|
| Retained Earnings - Unappropriated (Accumulated E&P) | 0 |
| Accumulated Adjustments Account | -118,491 |
| Undistributed Previously Taxed Income | 0 |
| Other Adjustments Account | 0 |
| Retained Earnings Timing Differences | 0 |
| | |
| Schedule L, Line 24 - Retained Earnings | -118,491 |

## Schedule M-2 - Retained Earnings

| | Accumulated Adjustments Account | Undistributed Previously Taxed Income | Accumulated Earnings and Profits | Other Adjustments Account | Retained Earnings Timing Differences | Total Retained Earnings |
|---|---|---|---|---|---|---|
| Beginning of Year | -139,090 | 0 | 0 | 0 | 0 | -139,090 |
| Ordinary Income (Loss) | 231,792 | | | | | 231,792 |
| Other Additions | | | | | | |
| Other Reductions | 3,690 | | | | | 3,690 |
| Distributions | 207,503 | | | | | 207,503 |
| End of Year | -118,491 | 0 | 0 | 0 | 0 | -118,491 |

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

**Federal  Statements**

### Form 1120-S, Retained Earnings Reconciliation Worksheet, AAA - Other Reductions

| Description | Amount |
|---|---|
| TRAVEL & ENTERTAINMENT | $       875 |
| CHARITABLE  CONTRIBUTIONS |       2,815 |
| TOTAL | $     3,690 |

21204

| Electronic Filing - PDF Attachment Worksheet | | 2020 |
|---|---|---|
| Form **1120/** **1120-S** | For calendar year 2020 or tax year beginning                    , ending | |

| Name | Employer Identification Number |
|---|---|
| JSM CONSULTING INC | 45-3730191 |

| Title | Attachment Source | Proforma |
|---|---|---|
| AUTOMATICALLY ATTACHED TO RETURN | | |
| SECTION 199A INFORMATION WORKSHEET | SECTION199AINFORMATIONWORKSHEET.PDF | |
| | | |
| SHAREHOLDER SECTION 199A INFORMATION WORKSHEET | SHAREHOLDERSECTION199AINFORMATIONWORKSHEET.PDF | |

21204

| Form **1120-S** | **Two Year Comparison Worksheet Page 1** | **2019 & 2020** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| JSM CONSULTING INC | 45-3730191 |

| | | **2019** | **2020** | **Differences** |
|---|---|---|---|---|
| **Income** | Gross profit percentage | 100.0000 | 100.0000 | |
| | Net receipts | 5,224,271 | 8,367,873 | 3,143,602 |
| | Cost of goods sold | | | |
| | Gross profit | 5,224,271 | 8,367,873 | 3,143,602 |
| | Net gain (loss) from Form 4797 | | | |
| | Other income (loss) | | 334 | 334 |
| | **Total income (loss)** | 5,224,271 | 8,368,207 | 3,143,936 |
| **Deductions** | Compensation of officers | 330,334 | 300,000 | -30,334 |
| | Salaries and wages less employment credits | 2,610,017 | 3,597,166 | 987,149 |
| | Repairs and maintenance | 3,915 | 2,352 | -1,563 |
| | Bad debts | | | |
| | Rents | 31,200 | 31,422 | 222 |
| | Taxes and licenses | 234,596 | 328,344 | 93,748 |
| | Interest | 25,459 | 23,738 | -1,721 |
| | Depreciation | | | |
| | Depletion | | | |
| | Advertising | 7,777 | | -7,777 |
| | Pension, profit-sharing, etc., plans | | | |
| | Employee benefit programs | 75,794 | 57,262 | -18,532 |
| | Other deductions | 1,902,962 | 3,796,131 | 1,893,169 |
| | **Total deductions** | 5,222,054 | 8,136,415 | 2,914,361 |
| | **Ordinary business income (loss)** | 2,217 | 231,792 | 229,575 |
| **Tax and Payments** | Excess net passive income or LIFO recapture tax | | | |
| | Tax from Schedule D | | | |
| | **Total tax** | 0 | 0 | 0 |
| | Estimated tax and prior year overpayment credited | | | |
| | Tax deposited with Form 7004 | | | |
| | Credit for federal tax paid on fuels | | | |
| | Refund applied for on Form 4466 | ( | ( | ) |
| | **Total payments and credits** | | | |
| | **Tax due (overpayment)** | 0 | 0 | 0 |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | **Net tax due (overpayment)** | 0 | 0 | 0 |
| | **Overpayment credited to next year's estimated tax** | | | |
| | **Overpayment refunded** | | | |

21204

| Form **1120-S** | **Two Year Comparison Worksheet Page 2** | **2019 & 2020** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| JSM CONSULTING INC | 45-3730191 |

| | | 2019 | 2020 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | 2,217 | 231,792 | 229,575 |
| | Net rental real estate income (loss) | | | |
| | Other net rental income (loss) | | | |
| | Interest income | 61 | | -61 |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Charitable contributions | 4,501 | 2,815 | -1,686 |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Credits** | Low-income housing credit (Section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehabilitation expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Biofuel producer credit | | | |
| | Other credits | | | |
| **Foreign Transactions** | Total foreign gross income | | | |
| | Total foreign deductions | | | |
| | Total foreign taxes | | | |
| | Reduction in taxes available for credit | | | |
| **AMT Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties-gross income | | | |
| | Oil, gas, and geothermal properties-deductions | | | |
| | Other AMT items | | | |
| **Items Affecting S/H Basis** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | 8,010 | 875 | -7,135 |
| | Distributions | | 207,503 | 207,503 |
| | Repayment of loans from shareholders | | | |
| **Other Information** | Investment income | 61 | | -61 |
| | Investment expenses | | | |
| | Dividend distributions paid from accumulated E&P | | | |
| | Income (loss) (if Schedule M-1 is required) | -2,223 | 228,977 | 231,200 |

21204

| Form **1120-S** | **Two Year Comparison Worksheet Page 3** | **2019 & 2020** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| JSM CONSULTING INC | 45-3730191 |

| | | **2019** | **2020** | **Differences** |
|---|---|---|---|---|
| **Schedule L** | Beginning assets | 346,042 | 321,095 | -24,947 |
| | Beginning liabilities and equity | 346,042 | 321,095 | -24,947 |
| | Ending assets | 321,095 | 676,209 | 355,114 |
| | Ending liabilities and equity | 321,095 | 676,209 | 355,114 |
| **Schedule M-1** | Net income (loss) per books | -10,233 | 228,102 | 238,335 |
| | Taxable income not on books | | | |
| | Book expenses not deducted | 8,010 | 875 | -7,135 |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income (loss) per return | -2,223 | 228,977 | 231,200 |
| **Schedule M-2 AAA** | Balance at beginning of year | -128,857 | -139,090 | -10,233 |
| | Ordinary income (loss) from page 1 | 2,217 | 231,792 | 229,575 |
| | Other additions | 61 | | -61 |
| | Other reductions | 12,511 | 3,690 | -8,821 |
| | Distributions | | 207,503 | 207,503 |
| | Balance at end of year | -139,090 | -118,491 | 20,599 |
| **Schedule M-2 PTI** | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| **Schedule M-2 E&P** | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| **Schedule M-2 OAA** | Balance at beginning of year | | | |
| | Other additions | | | |
| | Other reductions | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| **Schedule M-3** | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

21204

| Form **1120-S** | Tax Return History Report Page 1 | | | | **2020** |
|---|---|---|---|---|---|

Name: JSM CONSULTING INC

Employer Identification Number: 45-3730191

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 PROJECTED |
|---|---|---|---|---|---|---|
| Net receipts | 3,560,884 | 4,093,951 | 4,209,404 | 5,224,271 | 8,367,873 | 8,367,873 |
| Cost of goods sold | | | | | | |
| **Gross profit** | 3,560,884 | 4,093,951 | 4,209,404 | 5,224,271 | 8,367,873 | 8,367,873 |
| Gross profit percentage | 100.0000 | 100.0000 | 100.0000 | 100.0000 | 100.0000 | 100.0000 |
| Other income (loss) | | 10,167 | | | 334 | 334 |
| **Total income (loss)** | 3,560,884 | 4,104,118 | 4,209,404 | 5,224,271 | 8,368,207 | 8,368,207 |
| Officer compensation | 255,000 | 395,333 | 403,666 | 330,334 | 300,000 | 300,000 |
| Salaries and wages | 1,496,291 | 1,734,647 | 2,135,391 | 2,610,017 | 3,597,166 | 3,597,166 |
| Bad debts | | | | | | |
| Taxes and licenses | 169,076 | 170,650 | 198,059 | 234,596 | 328,344 | 328,344 |
| Interest | 1,130 | 4,881 | 9,907 | 25,459 | 23,738 | 23,738 |
| Depreciation | 105 | 92 | | | | |
| Depletion (other than oil and gas) | | | | | | |
| Pension and employee benefits | 107,472 | 125,905 | 119,874 | 75,794 | 57,262 | 57,262 |
| Other deductions | 1,599,141 | 1,676,015 | 1,345,877 | 1,945,854 | 3,829,905 | 3,829,905 |
| **Total deductions** | 3,628,215 | 4,107,523 | 4,212,774 | 5,222,054 | 8,136,415 | 8,136,415 |
| **Ordinary business income (loss)** | -67,331 | -3,405 | -3,370 | 2,217 | 231,792 | 231,792 |





21204

| Form **1120-S** | Tax Return History Report Page 2 | **2020** |
|---|---|---|

Name: JSM CONSULTING INC

Employer Identification Number: 45-3730191

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 PROJECTED |
|---|---|---|---|---|---|---|
| Ordinary business income (loss) | -67,331 | -3,405 | -3,370 | 2,217 | 231,792 | 231,792 |
| Net rental income (loss) | | | | | | |
| Interest, dividends and royalties | 40 | 38 | 61 | 61 | | |
| Net capital gain (loss) | | | | | | |
| Net Section 1231 gain (loss) | | | | | | |
| Other income (loss) | | | | | | |
| Section 179 deduction | | | | | | |
| Charitable contributions | 1,502 | 1,941 | 6,060 | 4,501 | 2,815 | 2,815 |
| Other deductions | | | | | | |
| Total foreign taxes | | | | | | |
| S Corporation taxable income (loss) | -68,793 | -5,308 | -9,369 | -2,223 | 228,977 | 228,977 |
| Total assets | 62,302 | 151,048 | 346,042 | 321,095 | 676,209 | |
| Total liabilities | 59,369 | 167,798 | 376,930 | 381,127 | 715,642 | |
| Net equity | 2,933 | -16,750 | -30,888 | -60,032 | -39,433 | |
| S Corporation book income (loss) | -70,889 | -9,683 | -14,138 | -10,233 | 228,102 | |
| Accumulated earnings & profits | | | | | | |
| Accumulated adjustments account | -105,036 | -114,719 | -128,857 | -139,090 | -118,491 | |
| Retained earnings timing differences | | | | | | |
| Distributions from S Corporation earnings | 58,490 | | | | 207,503 | |
| Dividend distributions | | | | | | |







21204

| | **Shareholder's Basis Worksheet Page 1** | **2020** |
|---|---|---|
| Form **1120-S** Schedule **K-1** | For calendar year 2020 or tax year beginning                    , ending | |
| Name  JSM CONSULTING INC         RASHMI SOMANI | Taxpayer Identification Number | 45-3730191 |

## Stock Basis

|  |  |  |
|---|---|---|
| 1. Beginning of year stock basis | | 0 |
| 2. Capital contributions | | |
| **Additions:** | | |
| 3. Ordinary business income | 231,792 | |
| 4. Net rental income | | |
| 5. Interest, dividends, royalties and net capital gains | | |
| 6. Net Section 1231 gain | | |
| 7. Tax-exempt interest and other income | | |
| 8. Other income | | |
| 9. Gain on disposal of Section 179 assets | | |
| Total of line 3 through line 9 | | 231,792 |
| 10. Other increases | | |
| 11. Subtotal (Add line 1 through line 10) | | 231,792 |
| **Subtractions:** | | |
| 12. Distributions | | 207,503 |
| 13. Total losses and deductions applied against stock basis (See Shareholder's Basis Worksheet Page 2) | | 3,690 |
| 14. Other decreases | | 40,000 |
| 15. Amount used to restore loan basis | | |
| 16. End of year stock basis (Subtract the sum of lines 12 through 15 from line 11) | | −19,401 |

## Loan Basis

|  |  |
|---|---|
| 17. Beginning of year loan basis | 320,826 |
| 18. Loans to corporation | |
| 19. Loan basis restored - amount used in prior years to offset losses | |
| 20. Other increases | |
| 21. Loan repayments | |
| 22. Total losses and deductions applied against loan basis (See Shareholder's Basis Worksheet Page 2) | |
| 23. Other decreases | 340,858 |
| 24. End of year loan basis (Subtract the sum of lines 21 through 23 from the sum of lines 17 through 20) | −20,032 |
| 25. End of year stock and loan basis (Add line 16 and line 24) | −39,433 |
| Principal amount of loan owed to shareholder at end of the year | 340,858 |

## Gain Recognized on Excess Distributions

|  |  |  |
|---|---|---|
| 26. Distributions | | 207,503 |
| 27. Stock basis before distributions and loss items | | 231,792 |
| 28. Gain recognized on excess distributions (Subtract line 27 from line 26) | * | 0 |

## Gain Recognized on Repayment of Shareholder Loan

|  |  |
|---|---|
| 29. Loan basis at beginning of tax year | |
| 30. Loan basis restored - amount used in prior years to offset losses | |
| 31. Loan basis before loan repayment (Add line 29 and line 30) | |
| 32. Shareholder loan at beginning of tax year | |
| 33. Loan repayments to shareholder during tax year | |
| 34. Nontaxable return of loan basis ((Line 31 divided by line 32) multiplied by line 33) | |
| 35. Gain recognized on repayment of shareholder loan (Subtract line 34 from line 33) | |

\* NO GAIN RECOGNIZED IN CURRENT YEAR.

Note to shareholder: This worksheet was prepared based on corporation records. Please consult with your tax advisor for adjustments.

21204

| Form **1120-S** Schedule K-1 | **Shareholder's Basis Worksheet Page 2** | **2020** |
|---|---|---|
| | For calendar year 2020 or tax year beginning                    , ending | |

| Name JSM CONSULTING INC RASHMI SOMANI | Taxpayer Identification Number 45-3730191 |
|---|---|

## Loss Allocated to Stock and Loan Basis

| | Suspended Losses | Current Year Loss | Total Loss | Percent | Allowed Stock Loss | Disallowed Loss | Percent | Allowed Loan Loss | Loss to Carryforward | Total Allowed Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| Nondeductible noncap expenses | | 875 | 875 | 100.00 | 875 | | | | | 875 |
| Deductible items: | | | | | | | | | | |
| Ordinary business loss | | | | | | | | | | |
| Net rental real estate loss | | | | | | | | | | |
| Other net rental loss | | | | | | | | | | |
| Short-term capital loss | | | | | | | | | | |
| Long-term capital loss | | | | | | | | | | |
| Net Section 1231 loss | | | | | | | | | | |
| Other portfolio loss | | | | | | | | | | |
| Other losses | | | | | | | | | | |
| Section 179 expense | | | | | | | | | | |
| Cash contributions (60%) | | 2,815 | 2,815 | 100.00 | 2,815 | | | | | 2,815 |
| Cash contributions (30%) | | | | | | | | | | |
| Noncash contributions (50%) | | | | | | | | | | |
| Qual conserv contrib (50%) | | | | | | | | | | |
| Noncash contributions (30%) | | | | | | | | | | |
| Cap gain prop 50% org (30%) | | | | | | | | | | |
| Cap gain prop (20%) | | | | | | | | | | |
| Qual conserv contrib (100%) | | | | | | | | | | |
| Qual cash contribution | | | | | | | | | | |
| Portfolio deductions | | | | | | | | | | |
| Investment interest expense | | | | | | | | | | |
| Deductions-royalty income | | | | | | | | | | |
| Section 59(e)(2) expend | | | | | | | | | | |
| Preproductive period exp | | | | | | | | | | |
| Commercial revitalization ded | | | | | | | | | | |
| Reforestation expense ded | | | | | | | | | | |
| Other deductions | | | | | | | | | | |
| Foreign taxes | | | | | | | | | | |
| Loss on disposal of 179 assets | | | | | | | | | | |
| Total deductible items | | 2,815 | 2,815 | 100.00 | 2,815 | | | | | 2,815 |
| Total nonded and deductible items | | 3,690 | 3,690 | | 3,690 | | | | | 3,690 |

Note to shareholder:  This worksheet was prepared based on corporation records. Please consult with your tax advisor for adjustments.

21204  JSM Consulting Inc
45-3730191
FYE: 12/31/2020

# Federal Statements

### Form 1120-S, Page 1, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| P/R TAX: FICA | $        264,022 |
| P/R TAX: FUTA | 2,088 |
| P/R TAX: SUI/SDI | 11,959 |
| CA FRANCHISE TAX | 800 |
| NC CORPORATE TAX | 200 |
| NYS INCOME TAX | 1,000 |
| NJ CBT TAX | 1,500 |
| NYC INCOME TAX | 1,500 |
| KY | 175 |
| TN STATE TAX | 100 |
| NJ PTE | 45,000 |
| TOTAL | $        328,344 |

### Form 1120-S, Page 1, Line 18 - Employee Benefit Programs

| Description | Amount |
|---|---|
| EMPLOYEE BENEFIT PROGRAM | $         57,262 |
| TOTAL | $         57,262 |

### Form 1120-S, Page 4, Schedule K, Line 16c - Nondeductible Expenses

| Description | Amount |
|---|---|
| PAGE 1 MEALS | $            875 |
| TOTAL | $            875 |

### Form 1120-S, Page 4, Schedule L, Line 20 - Mortgages, Notes, Bonds Payable in One Year or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| PPP LOAN PAYABLE | $ | $        553,750 |
| SBA LOAN PAYABLE | | 149,401 |
| TOTAL | $              0 | $        703,151 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | JSM Consulting Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accelerated IT Services Inc. 2 Teasdale Court Watervliet, NY 12189 | | Services Rendered | | | | $29,015.00 |
| All Star Systems 60 Devonshure Drive Princeton, NJ 08540 | | Services Rendered | | | | $7,860.00 |
| Andril Batyrenko 2 Park Square Apt. 2313 Rahway, NJ 07065 | | Wages | | | | $5,833.33 |
| Armo Consultants 900 Landix Plaza Suite 240 Parsippany, NJ 07054 | | Services Rendered | | | | $19,250.00 |
| Iflowsoft Solutions Inc. 200 Middlesex Essex Turnpike Suite 203A Iselin, NJ 08830 | | Services Rendered | | | | $6,110.00 |
| IIT, Inc. c/o Maryann Stallone, Esq. Tannenbaum Halpern Syracuse & Hirschtrit 900 Third Avenue New York, NY 10022-4728 | | Breach of Contract | Contingent Unliquidated Disputed | | | $1,500,000.00 |
| Infoville 2162 Route 206 2nd Floor Belle Mead, NJ 08502 | | Services Rendered | | | | $14,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | JSM Consulting Inc. | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Karen Mowery 18 Conselyea Street Apt. 7 Brooklyn, NY 11211 | | Wages | | | | $5,920.00 |
| Mercom Inc. 12 Davenport Way Hillsborough, NJ 08844 | | Services Rendered | | | | $5,728.00 |
| Paramount Software Solutions 4030 Old Milton Parkway Suite 200 Alpharetta, GA 30005 | | Services Rendered | | | | $6,300.00 |
| Pushparani Chellakani 18 Terrace Avenue Jersey City, NJ 07307 | | Wages | | | | $6,020.00 |
| Quanta Consulting 126 Alfred Street Edison, NJ 08820 | | Services Rendered | | | | $7,860.00 |
| Rashmi Somani 5 Jake Place Monroe Township, NJ 08831 | | Wages | | | | $8,333.33 |
| Resource Stack Inc. 43089 Forest Edge Square Ashburn, VA 20148 | | Services Rendered | | | | $5,950.00 |
| Shernaz Sherief 95 Morgan Street 11J Stamford, CT 06905 | | Wages | | | | $5,625.00 |
| SMAKK Tech 37 Sutton Drive Cohoes, NY 12047 | | Services Rendered | | | | $6,150.00 |
| TDN Technical Solutions 1206 W. 3300 N. Pleasant Grove Pleasant Grove, UT 84062 | | Services Rendered | | | | $7,700.00 |
| Tek Tree LLC 1106 Drummond Plaza Newark, DE 19711 | | Services Rendered | | | | $5,810.00 |
| Tekizema Inc. 620 Herndon Parkway Suite 350 Herndon, VA 20170 | | Services Rendered | | | | $7,639.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    __JSM Consulting Inc._____    Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vivek Shenoy 26 South Harrison Avenue Iselin, NJ 08830** | | **Wages** | | | | $5,833.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **JSM Consulting Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................................... $ 2,293,047.63

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ 2,293,047.63

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 300,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 172,374.95

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ 1,733,868.20

4. **Total liabilities** ......................................................................
   Lines 2 + 3a + 3b

   $ 2,206,243.15

**Fill in this information to identify the case:**

Debtor name    **JSM Consulting Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.    **Cash on hand**                                                            **$1,000.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Value |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Operating** | 5305 | $124,701.00 |
| 3.2. | **TD Bank** | **Checking** | 2799 | $25.00 |
| 3.3. | **TD Bank** | **Checking** | 2806 | $25.00 |
| 3.4. | **TD Bank** | **Checking** | 0686 | $26.63 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                         $125,777.63
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    __JSM Consulting Inc.__                              Case number (If known) _____
          Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  **Automobile Lease Security Deposit**                                    $3,000.00
      _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    | $3,000.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    **1,763,000.00**    -    **297,207.00**  = ....    $1,465,793.00
                                     face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | $1,465,793.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies WIP for services rendered but not yet billed | | $0.00 | | $695,250.00 |

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

| Debtor | **JSM Consulting Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23. Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$695,250.00

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture<br>**Office Equipment** | $0.00 | Book Value | $3,227.00 |

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$3,227.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **JSM Consulting Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **65 Station Road Cranbury, NJ 08513-3152** | **Lease** | **$0.00** | | **$0.00** |

---

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                            Case number *(if known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $125,777.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,465,793.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $695,250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,227.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,293,047.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,293,047.63 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

| Debtor name | **JSM Consulting Inc.** |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims   *No admission as to lien validity**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | TD Bank, NA | Describe debtor's property that is subject to a lien | $325,000.00 | $2,212,816.40 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**1701 Marlton Pike East**
**Cherry Hill, NJ 08540-6235**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**9001**

Do multiple creditors have an interest in the same property?
☑ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

SBA

| 2.2 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $2,212,816.40 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/5/2020**

Last 4 digits of account number
**8008**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **JSM Consulting Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☒ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

TD Bank, N.A.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$300,000.00**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___JSM Consulting Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,850.00 | $3,850.00 |
|---|---|---|---|---|

**Aleksandr Grutman**
**1975 84th Street**
**Apt. B9**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**Alexy Solovyev**
**141 West End Avenue**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **JSM Consulting Inc.**                                    Case number (if known)
         _____
              Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,833.33 | $5,833.33 |
|---|---|---|---|---|

**Andril Batyrenko**
**2 Park Square**
**Apt. 2313**
**Rahway, NJ 07065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Angela Paige**
**1064 Cauldwell Avenue**
**Apt. 5J**
**Bronx, NY 10456**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,166.66 | $4,166.66 |
|---|---|---|---|---|

**Anindo Chatterjee**
**1403 South Stiles Street**
**Linden, NJ 07036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $5,600.00 |
|---|---|---|---|---|

**Anitha Narasimhalah Katti**
**608 Rivendell Way**
**Edison, NJ 08817**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **JSM Consulting Inc.**                                                      Case number (if known) _____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,625.00 | $5,625.00 |
|-----|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**Ankit Shah**
**924 Blueberry Court**
**Edison, NJ 08817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,625.00    $5,625.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
**Bhanu Prakash Veerapalle**
**1505 Aspen Drive**
**Plainsboro, NJ 08536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,600.00    $5,600.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
**Cindy Von Dohln Katseyeanis**
**450 Cathey Road**
**Wartrace, TN 37183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00    $1,000.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address
**Clarence Williams**
**58 E. 117th Street**
**#2C**
**New York, NY 10035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$720.00    $720.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **JSM Consulting Inc.**                                    Case number (if known)
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**David Cora**
**530 Logan Avenue**
**Apt. 2**
**Bronx, NY 10465**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Deniela Mejia**
**987 Myrtle Avenue**
**Apt. 3B**
**Brooklyn, NY 11206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Deshana Turner**
**610 West 174th Street**
**Apt. 3F**
**New York, NY 10033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.00 | $1,050.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Devon Spencer**
**1955 Troy Avenue**
**Brooklyn, NY 11234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **JSM Consulting Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00    $720.00 |
| | **Eugene Rodriguez** | *Check all that apply.* | |
| | **442 East 118th Street** | ☐ Contingent | |
| | **New York, NY 10035** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00    $720.00 |
| | **Gquan Lloyd** | *Check all that apply.* | |
| | **110-21 62nd Drive** | ☐ Contingent | |
| | **Forest Hills, NY 11375** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00    $1,575.00 |
| | **Harlyn Morello** | *Check all that apply.* | |
| | **916 Rev. James A. Polite Avenu** | ☐ Contingent | |
| | **Apt. 2H** | ☐ Unliquidated | |
| | **Bronx, NY 10459** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.00    $1,050.00 |
| | **Holly Weir** | *Check all that apply.* | |
| | **151 North Elliot Walk** | ☐ Contingent | |
| | **Apt. 4B** | ☐ Unliquidated | |
| | **Brooklyn, NY 11205** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | |
| | | ☐ Yes | |

| Debtor | **JSM Consulting Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Special Procedures Branch**<br>**Attn: Bankruptcy Section PO Bo**<br>**Springfield, NJ 07081** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,150.00 | $3,150.00 |
|---|---|---|---|---|
| | **Joanna Sporay**<br>**79-10 34th Avenue**<br>**Apt. 2P**<br>**Jackson Heights, NY 11372** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|
| | **Kadejiah Simmons**<br>**8000 Shore Front Parkway**<br>**Far Rockaway, NY 11691** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | JSM Consulting Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,920.00 | $5,920.00 |
|---|---|---|---|---|
| | **Karen Mowery** | *Check all that apply.* | | |
| | **18 Conselyea Street** | ☐ Contingent | | |
| | **Apt. 7** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11211** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,294.30 | $5,294.30 |
|---|---|---|---|---|
| | **Karthik Vijayaraghavan** | *Check all that apply.* | | |
| | **2503 Revendell Way** | ☐ Contingent | | |
| | **Edison, NJ 08817** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|
| | **Kerisha Wint** | *Check all that apply.* | | |
| | **140-50 173rd Street** | ☐ Contingent | | |
| | **Jamaica, NY 11434** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|
| | **Lesly Jean** | *Check all that apply.* | | |
| | **738 East 85th Street** | ☐ Contingent | | |
| | **Brooklyn, NY 11236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

Debtor    **JSM Consulting Inc.**                                    Case number (if known)
                  Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Lorraine Santiago**
**94 Seneca Street**
**2nd Floor**
**Staten Island, NY 10310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $5,600.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Lucia Carciu**
**58 Hamptons Court Drive W**
**Eastport, NY 11941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Luis Moncayo**
**9551 111th Street**
**South Richmond Hill, NY 11419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Michael Parker**
**232 East 169th Street**
**#5E**
**Bronx, NY 10456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **JSM Consulting Inc.**                                    Case number (if known) _____
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.31**  Priority creditor's name and mailing address
**Missouri Department of Revenue
Harry S. Truman State Office Building
301 West High Street
Jefferson City, MO 65105**

Date or dates debt was incurred

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32**  Priority creditor's name and mailing address
**Mukesh Somani
5 Jake Place
Monroe Township, NJ 08831**

Date or dates debt was incurred

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    **$4,766.67**    **$4,766.67**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33**  Priority creditor's name and mailing address
**Naga Ganta
323 Cobblestone Lane
Edison, NJ 08820**

Date or dates debt was incurred

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    **$4,550.00**    **$4,550.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34**  Priority creditor's name and mailing address
**Naia Roberts
405 East 105th Street
New York, NY 10033**

Date or dates debt was incurred

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    **$720.00**    **$720.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **JSM Consulting Inc.**                                        Case number (if known) _____
          Name

| | | | |
|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,750.00    $3,750.00 |

**Nappinnal Kannan**
**642 Old Country Road**
**Apt.105**
**Plainview, NY 11803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |

**New Jersey Department of Labor**
**Division of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |

**New Jersey Division of Taxation**
**Compliance and Enforcement**
**3 John Fitch Way, 5th Floor**
**PO Box 2454**
**Trenton, NJ 08695-4026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,550.00    $4,550.00 |

**Nidhi Sharma**
**2 Tall Maple Court**
**Monroe Township, NJ 08831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor      **JSM Consulting Inc.**                                                    Case number (if known) _____
      Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.39**

Priority creditor's name and mailing address

**North Carolina Department of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:                                    $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address

**NYS Dept of Taxation and Finance**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:                                    $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41**

Priority creditor's name and mailing address

**Priyanka Mahajan**
**144 Beverly Hills Terrace**
**Unit F**
**Woodbridge, NJ 07095**

As of the petition filing date, the claim is:                                $4,458.37      $4,458.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42**

Priority creditor's name and mailing address

**Pushparani Chellakani**
**18 Terrace Avenue**
**Jersey City, NJ 07307**

As of the petition filing date, the claim is:                                $6,020.00      $6,020.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **JSM Consulting Inc.**                                     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Rajvir Bansal**<br>**111-16 134th Street**<br>**South Ozone Park, NY 11420** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$3,850.00    $3,850.00

Date or dates debt was incurred                    Basis for the claim:
_____                      **Wages**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| | | |
|---|---|---|
| 2.44 | Priority creditor's name and mailing address<br>**Ramu Singampalli**<br>**1615 Rasberry Court**<br>**Edison, NJ 08817-6000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$4,458.33    $4,458.33

Date or dates debt was incurred                    Basis for the claim:
_____                      **Wages**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| | | |
|---|---|---|
| 2.45 | Priority creditor's name and mailing address<br>**Rashmi Krishnamurthy**<br>**1431 Johnson Drive**<br>**Buffalo Grove, IL 60089** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$2,640.00    $2,640.00

Date or dates debt was incurred                    Basis for the claim:
_____                      **Wages**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| | | |
|---|---|---|
| 2.46 | Priority creditor's name and mailing address<br>**Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$8,333.33    $8,333.33

Date or dates debt was incurred                    Basis for the claim:
_____                      **Wages**

Last 4 digits of account number _____            Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

Debtor  **JSM Consulting Inc.**
Name

Case number (if known)

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |
|---|---|---|---|---|

**Ravi Idupuganti**
**35 Denoble Lane**
**Staten Island, NY 10301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,850.00 | $3,850.00 |
|---|---|---|---|---|

**Ricardo Viera**
**126 West 83rd Street**
**Apt. 3F**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**Ricky Bates**
**58 East 117th Street**
**Apt. 2C**
**New York, NY 10039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rupjeet Kaur**
**465 Meadow Road**
**Apt. 9301**
**Princeton, NJ 08540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **JSM Consulting Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**Sanike Johnson**
**270 Lenox Road**
**Apt. 105**
**Brooklyn, NY 11226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**Scott Dewees**
**75 East 116th Street**
**New York, NY 10029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Shannette Jones**
**530 Dubois Avenue**
**Apt. 2A**
**Valley Stream, NY 11581**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,625.00 | $5,625.00 |
|---|---|---|---|---|

**Shernaz Sherief**
**95 Morgan Street**
**11J**
**Stamford, CT 06905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **JSM Consulting Inc.**                                                   Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $720.00 | $720.00 |
|---|---|---|---|---|
| | **Sherod Fraser Edmonds**<br>**891 Rockawaye Avenue**<br>**Brooklyn, NY 11212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,125.00 | $3,125.00 |
| | **Shreerang M. Tartey**<br>**144 Middlesex Avenue**<br>**Iselin, NJ 08830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,060.00 | $4,060.00 |
| | **Sowjanya Chundri**<br>**49 Hunt Street**<br>**Iselin, NJ 08830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **State of California Franchise Tax**<br>**Bd**<br>**Bankruptcy Section, MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | JSM Consulting Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.59 | Priority creditor's name and mailing address<br>**Steve Sims**<br>**226 S. Grandean Way**<br>**Eagle, ID 83616** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,583.33 | $4,583.33 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address<br>**Subodh Nalk**<br>**80 Lake Street**<br>**Apt. 1**<br>**Jersey City, NJ 07306** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,500.00 | $5,500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address<br>**Swarnalatha Akula**<br>**6 Morris Lane**<br>**Cranbury, NJ 08512** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,458.33 | $1,458.33 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address<br>**Tennessee Department of Revenue**<br>**c/o Tennessee Attorney General's**<br>**Office**<br>**Bankruptcy Division**<br>**PO Box 20207**<br>**Nashville, TN 37202-0207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | JSM Consulting Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Revenue Accounting Division**
**PO Box 13528 - Capital Station**
**Austin, TX 78711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,850.00 | $3,850.00 |
|---|---|---|---|---|

**Veenadevi Karumanchi**
**84-19 261 Street**
**Floral Park, NY 11001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Virginia Department of Taxation**
**PO Box 1115**
**Richmond, VA 23218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,833.00 | $5,833.00 |
|---|---|---|---|---|

**Vivek Shenoy**
**26 South Harrison Avenue**
**Iselin, NJ 08830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **JSM Consulting Inc.**                                         Case number (if known)
_____
Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

| 2.67 | Priority creditor's name and mailing address<br>**Xylina Rosario**<br>**181 West 238th Street**<br>**Apt. 1E**<br>**Bronx, NY 10463** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,400.00 | $1,400.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.68 | Priority creditor's name and mailing address<br>**Yolanda Brooks**<br>**203 West 117th Street**<br>**Apt. 7B**<br>**New York, NY 10026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,400.00 | $1,400.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.69 | Priority creditor's name and mailing address<br>**Yuvaraj Prabhakaran**<br>**410 Rivendell Way**<br>**Edison, NJ 08817** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,294.30 | $5,294.30 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**3A Soft Inc.**<br>**15 Corporate Place South**<br>**Suite 319**<br>**Piscataway, NJ 08854**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services Rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,330.00 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services Rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | $29,015.00 |

| Debtor | JSM Consulting Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,576.00 |
|---|---|---|---|

**3.3**

Nonpriority creditor's name and mailing address
**Advithri Technologies LLC**
**9300 John Hickman Parkway**
**Suite 1120**
**Frisco, TX 75035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $4,576.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address
**Ajah Technologies LLC**
**525 Cinder Road**
**Edison, NJ 08820**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $4,550.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address
**All Star Systems**
**60 Devonshure Drive**
**Princeton, NJ 08540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $7,860.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address
**Amiti Consulting Inc.**
**20745 Williamsport Place**
**Suite 350**
**Ashburn, VA 20147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $5,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

Nonpriority creditor's name and mailing address
**Anjus LLC**
**875 Old Roswell Road**
**Suite C500**
**Roswell, GA 30076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $5,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**

Nonpriority creditor's name and mailing address
**APSS Futuristics**
**c/o Amit Saini**
**1215 Avalon Drive**
**Acton, MA 01720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $4,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**

Nonpriority creditor's name and mailing address
**Armo Consultants**
**900 Landix Plaza**
**Suite 240**
**Parsippany, NJ 07054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $19,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSM Consulting Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|

**Certide Inc.**
**347 Plainfield Avenue**
**Unit 107**
**Edison, NJ 08817**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**CNET Global Solutions Inc.**
**2600 N. Central Expressway**
**Suite 650**
**Richardson, TX 75080**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|

**Egrove Systems Corporation**
**2G Auer Court**
**East Brunswick, NJ 08816**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,390.00** |
|---|---|---|---|

**ERP Analysts Inc.**
**425 Metro Place N**
**Suite 510**
**Dublin, OH 43017**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,900.00** |
|---|---|---|---|

**Hummingbirds Consulting LLC**
**1750 Tysons Boulevard**
**Suite 1500**
**Mc Lean, VA 22102-1000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,110.00** |
|---|---|---|---|

**Iflowsoft Solutions Inc.**
**200 Middlesex Essex Turnpike**
**Suite 203A**
**Iselin, NJ 08830**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
|---|---|---|---|

**IIT, Inc.**
**c/o Maryann Stallone, Esq.**
**Tannenbaum Halpern Syracuse & Hirschtrit**
**900 Third Avenue**
**New York, NY 10022-4728**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JSM Consulting Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$14,000.00** |
| | **Infoville**<br>**2162 Route 206**<br>**2nd Floor**<br>**Belle Mead, NJ 08502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**   **Services Rendered** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$2,660.00** |
| | **Jupiter Consulting**<br>**13545 Barrett Parkway Drive**<br>**Suite 120**<br>**St. Louis, MO 63021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**   **Services Rendered** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$5,330.00** |
| | **Lodestar**<br>**780 Newtown-Yardley Road**<br>**Suite 325**<br>**Newtown, PA 18940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**   **Services Rendered** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$5,728.00** |
| | **Mercom Inc.**<br>**12 Davenport Way**<br>**Hillsborough, NJ 08844** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**   **Services Rendered** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$4,224.00** |
| | **Nitara Technologies Inc.**<br>**11020 Star Chaser Circle**<br>**Woodstock, MD 21163** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**   **Services Rendered** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$6,300.00** |
| | **Paramount Software Solutions**<br>**4030 Old Milton Parkway**<br>**Suite 200**<br>**Alpharetta, GA 30005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**   **Services Rendered** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$5,290.00** |
| | **Pronix Inc.**<br>**666 Plainsboro Road**<br>**Suite 1361**<br>**Plainsboro, NJ 08536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**   **Services Rendered** | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

Debtor    **JSM Consulting Inc.**
_____    Case number (if known) _____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,860.00 |
|---|---|---|---|

**Quanta Consulting**
**126 Alfred Street**
**Edison, NJ 08820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**Resource Stack Inc.**
**43089 Forest Edge Square**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Rishaan Consulting LLC**
**5 Jake Place**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,664.10 |
|---|---|---|---|

**Sepais Corporation**
**100 Mill Plain Road**
**Danbury, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,150.00 |
|---|---|---|---|

**SMAKK Tech**
**37 Sutton Drive**
**Cohoes, NY 12047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,900.00 |
|---|---|---|---|

**Soft Nice, Inc.**
**5050 Tilaham Street**
**Suite 115**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,700.00 |
|---|---|---|---|

**TDN Technical Solutions**
**1206 W. 3300 N. Pleasant Grove**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **JSM Consulting Inc.**                                    Case number (if known)
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,963.00 |
|---|---|---|---|

**TechieCorp LLC**
**350 Northern Boulevard**
**Suite 324**
**Albany, NY 12204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,810.00 |
|---|---|---|---|

**Tek Tree LLC**
**1106 Drummond Plaza**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,639.00 |
|---|---|---|---|

**Tekizema Inc.**
**620 Herndon Parkway**
**Suite 350**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,629.10 |
|---|---|---|---|

**Teky Bear Inc.**
**1212 Corporate Drive**
**Suite 150**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,410.00 |
|---|---|---|---|

**triaM LLC**
**437 Lucy Court**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,880.00 |
|---|---|---|---|

**Vuesol Technologies Inc.**
**4625 Alexander Drive**
**Suite 245**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor    **JSM Consulting Inc.**                                    Case number (if known) _____
          Name

|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a.    $    172,374.95 |
| **5b. Total claims from Part 2** | 5b.  +  $    1,733,868.20 |
| **5c. Total of Parts 1 and 2** | |
| Lines 5a + 5b = 5c. | 5c.    $    1,906,243.15 |

**Fill in this information to identify the case:**

Debtor name __JSM Consulting Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Hourly Based Information Technology Services** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2024** | **Commission of the Office of General Serv Gov. Nelson A. Rockefeller Empire St. Pl 36th Floor, Corning Tower Albany, NY 12242** |
| | List the contract number of any government contract | PH 686 12 | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Hourly Based Information Technology Services** | |
|---|---|---|---|
| | State the term remaining | **November 2022** | **District of Columbia - CAI 1390 Ridgeview Drive Allentown, PA 18104** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Hourly Based Information Technology Services** | |
|---|---|---|---|
| | State the term remaining | **February 2022** | **eSolutions Inc 2 N. Market Street #400 San Jose, CA 95113** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | **JSM Real Estate 5 Jake Place Monroe Township, NJ 08831** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **JSM Consulting Inc.**                                    Case number *(if known)* _____
          First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Information Technology Staff Augmentation Services | |
|---|---|---|---|
| | State the term remaining | | New York City Housing Authority 250 Broadway New York, NY 10007 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | December 2022 | Port Authority of NY and NJ 4 World Trade Center 150 Greenwich Street, 21st Fl. New York, NY 10007 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | August 2022 | Resource Stack Inc. 626 Grant Street #D Herndon, VA 20170 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | September 2023 | State of Delaware - CAI 1390 Ridgeview Drive Allentown, PA 18104 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | November 2022 | State of Georgia - CAI 1390 Ridgeview Drive Allentown, PA 18104 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | October 2023 | State of Iowa - CAI 1390- Ridgeview Drive Allentown, PA 18104 |
| | List the contract number of any | | |

Debtor 1    JSM Consulting Inc.                                           Case number (*if known*) _____
            First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract _____    _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | May 31, 2025 | State of Kansas<br>900 SW Jackson<br>Suite 451<br>South Topeka, KS 66612 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | February 2023 | State of North Carolina - CAI<br>1390- Ridgeview Drive<br>Allentown, PA 18104 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Hourly Based Information Technology Services | |
|---|---|---|---|
| | State the term remaining | February 2023 | State of Virginia - CAI<br>1390- Ridgeview Drive<br>Allentown, PA 18104 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _____ **JSM Consulting Inc.** _____

United States Bankruptcy Court for the: _____ SOUTHERN DISTRICT OF NEW YORK _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*        *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Mukesh Somani** | 5 Jake Place<br>Monroe Township, NJ 08831 | **TD Bank, NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Rashmi Somani** | 5 Jake Place<br>Monroe Township, NJ 08831 | **U.S. Small Business Administration** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rashmi Somani** | 5 Jake Place<br>Monroe Township, NJ 08831 | **TD Bank, NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Rishaan Consulting LLC** | 5 Jake Place<br>Monroe Township, NJ 08831 | **IIT, Inc.** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2">**Fill in this information to identify the case:**</td></tr>
</table>

Debtor name    **JSM Consulting Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  1/01/2021 to **Filing Date** | ☐ Operating a business ■ Other   **Business Income** | **$7,157,997.00** |
| **For prior year:** From  1/01/2020 to 12/31/2020 | ☐ Operating a business ■ Other   **Business Income** | **$8,367,873.00** |
| **For year before that:** From  1/01/2019 to 12/31/2019 | ☐ Operating a business ■ Other   **Business Income** | **$5,224,271.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **JSM Consulting Inc.**                                                              Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **8/11/21** | **$8,008.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **8/11/21** | **$12,760.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **8/11/21** | **$8,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **8/11/21** | **$12,760.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **8/16/21** | **$13,050.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **8/16/21** | **$12,760.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **9/8/21** | **$12,180.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Accelerated IT Services Inc.**<br>**2 Teasdale Court**<br>**Watervliet, NY 12189** | **9/8/21** | **$8,424.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **JSM Consulting Inc.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. Accelerated IT Services Inc.<br>2 Teasdale COurt<br>Watervliet, NY 12189 | 9/8/21 | $7,540.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 9/8/21 | $12,180.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 9/8/21 | $12,180.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 9/8/21 | $12,470.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. All Star Systems LLC<br>60 Devonshiure Drive<br>Princeton, NJ 08540 | 8/10/21 | $15,720.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. All Star Systems LLC<br>60 Devonshire Drive<br>Princeton, NJ 08540 | 8/12/21 | $1,572.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. All Star Systems LLC<br>60 Devonshire Drive<br>Princeton, NJ 08540 | 9/7/21 | $16,506.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. Amiti Consulting Inc.<br>20745 Williamsport Place<br>Suite 350<br>Ashburn, VA 20147 | 8/16/21 | $12,320.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **JSM Consulting Inc.**                                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17 **Amiti Consulting Inc.**<br>20745 Williamsport Place<br>Suite 350<br>Ashburn, VA 20147 | 9/13/21 | $11,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 **Anjus LLC**<br>875 Old Roswell Road<br>Suite C500<br>Roswell, GA 30076 | 8/19/21 | $11,550.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19 **Anjus LLC**<br>875 Old Roswell Road<br>Suite C500<br>Roswell, GA 30076 | 9/13/21 | $11,025.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20 **APSS Futuristics**<br>c/o Amit Saini<br>1215 Avalon Drive<br>Acton, MA 01720 | 8/17/21 | $8,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21 **APSS Futuristics**<br>c/o9 Amit Saini<br>1215 Avalon Drive<br>Acton, MA 01720 | 9/13/21 | $8,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22 **Armo Consultants**<br>900 Landix Plaza<br>Suite 240<br>Parsippany, NJ 07054 | 7/21/21 | $12,040.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23 **Armo Consultants**<br>900 Landix Plaza<br>Suite 240<br>Parsippany, NJ 07054 | 8/19/21 | $14,476.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24 **Armo Consultants**<br>900 Landix Plaza<br>Suite 240<br>Parsippany, NJ 07054 | 8/31/21 | $12,642.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **JSM Consulting Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25  **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 9/13/21 | $11,305.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26  **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 9/13/21 | $13,160.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27  **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 9/13/21 | $12,642.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28  **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 9/13/21 | $13,965.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29  **Binary Computer International Corp.**<br>**50 Craigwood Road**<br>**Suite 209**<br>**South Plainfield, NJ 07080** | 8/16/21 | $12,320.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30  **CNET Global Solutions**<br>**2600 N. Central Expressway**<br>**Suite 650**<br>**Richardson, TX 75080** | 8/3/21 | $9,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31  **CNET Global Solutions**<br>**2600 N. Central Expressway**<br>**Suite 650**<br>**Richardson, TX 75080** | 8/31/21 | $10,290.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32  **CNET Global Solutions**<br>**26500 N. Central Expresswqay**<br>**Suite 650**<br>**Richardson, TX 75080** | 9/20/21 | $10,290.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    JSM Consulting Inc.                                                     Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.33 Certide Inc.<br>347 Plainfield Avewnue<br>Unit 107<br>Edison, NJ 08817 | 7/20/21 | $1,120.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34 Certide Inc.<br>347 Plainfield Avenue<br>Unit 107<br>Edison, NJ 08817 | 7/20/21 | $10,745.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35 Certide Inc.<br>347 Plainfield Avenue<br>Unit 107<br>Edison, NJ 08817 | 8/31/21 | $12,145.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36 Certide Inc.<br>347 Plainfield Avenue<br>Unit 107<br>Edison, NJ 08817 | 9/13/21 | $11,025.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37 Certide Inc.<br>347 Plainfield Avenue<br>Unit 107<br>Edison, NJ 08817 | 9/20/21 | $735.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38 Charlont Inc.<br>1875 Century Park<br>Los Angeles, CA 90067 | 8/5/21 | $8,775.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39 Charlont Inc.<br>1875 Century Park<br>Los Angeles, CA 90067 | 9/13/21 | $11,025.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40 Egrove Systems Corporation<br>2G Auer Court<br>East Brunswick, NJ 08816 | 8/19/21 | $8,820.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JSM Consulting Inc.                                         Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.41 | **Egrove Systems Corporation**<br>**2G Auer Court**<br>**East Brunswick, NJ 08816** | **9/13/21** | **$8,820.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42 | **ERP Analysts Inc.**<br>**425 Metro Place N**<br>**Suite 510**<br>**Dublin, OH 43017** | **8/10/21** | **$7,546.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43 | **ERP Analysts Inc.**<br>**425 Metro Place N**<br>**Suite 510**<br>**Dublin, OH 43017** | **9/7/21** | **$11,856.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44 | **Hall Mark Global Technologies Inc.**<br>**200 Motor Parkway**<br>**Suite D-26**<br>**Hauppauge, NY 11788** | **8/16/21** | **$11,440.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45 | **Hall Mark Global Technologies Inc.**<br>**200 Motor Parkway**<br>**Suite D-26**<br>**Hauppauge, NY 11788** | **9/7/21** | **$10,920.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46 | **Hummingbirds Consulting LLC**<br>**1750 Tysons Boulevard**<br>**Suite 1500**<br>**Mc Lean, VA 22107** | **8/1/21** | **$10,780.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47 | **Hummingbirds Consulting LLC**<br>**1750 Tysons Boulevard**<br>**Suite 1500**<br>**Mc Lean, VA 22107-8000** | **9/7/21** | **$10,290.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48 | **Iflowsoft Solutions Inc.**<br>**200 Middlesex Esses Turnpike**<br>**Suite 203A**<br>**Iselin, NJ 08830** | **8/12/21** | **$6,110.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    __JSM Consulting Inc.__                                          Case number (*if known*) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49. **Iflowsoft Solutions Inc.**<br>**200 Middlesex Essex Turnpike**<br>**Suite 203A**<br>**Iselin, NJ 08830** | **8/16/21** | **$13,442.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. **Iflowsoft Solutions Inc.**<br>**200 Middlesex Essex Turnpike**<br>**Suite 203A**<br>**Iselin, NJ 08830** | **9/7/21** | **$12,831.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. **Lodestar**<br>**780 Newtown-Yardley Road**<br>**Suite 325**<br>**Newtown, PA 18940** | **8/19/21** | **$11,726.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. **Lodestar**<br>**780 Newtown-Yardley Road**<br>**Suite 325**<br>**Newtown, PA 18940** | **9/17/21** | **$11,193.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **Mercominc**<br>**12 Davenport Way**<br>**Hillsborough, NJ 08844** | **8/10/21** | **$12,601.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. **Mercominc**<br>**12 Davenport Way**<br>**Hillsborough, NJ 08844** | **9/8/21** | **$12,028.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **Nitera Technologies Inc.**<br>**11020 Star Chaser Circle**<br>**Woodstock, MD 21163** | **8/17/21** | **$8,448.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. **Nitera Technologies Inc.**<br>**11020 Star Chaser Circle**<br>**Woodstock, MD 21163** | **9/13/21** | **$7,680.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **JSM Consulting Inc.**                                            Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.57 | **Paramount Software Solutions**<br>**4030 Old Milton Parkway**<br>**Suite 200**<br>**Alpharetta, GA 30005** | 8/19/21 | $12,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58 | **Paramount Software Solutions**<br>**4030 Old Milton Parkway**<br>**Suite 200**<br>**Alpharetta, GA 30005** | 9/7/21 | $13,860.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59 | **Paramount Software Solutions**<br>**4030 Old Milton Parkway**<br>**Suite 200**<br>**Alpharetta, GA 30005** | 9/20/21 | $13,230.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60 | **Pronix Inc**<br>**666 Plainsboro Road**<br>**Suite 1361**<br>**Plainsboro, NJ 08536** | 8/10/21 | $12,035.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61 | **Pronix Inc.**<br>**666 Plainsboro Road**<br>**Suite 1361**<br>**Plainsboro, NJ 08536** | 9/13/21 | $11,109.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62 | **Quanta Consulting**<br>**126 Alfred Street**<br>**Edison, NJ 08820** | 8/10/21 | $17,292.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63 | **Quanta Consulting**<br>**126 Alfred Street**<br>**Edison, NJ 08820** | 9/7/21 | $16,506.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64 | **Resource Stack Inc.**<br>**43089 Forest Edge Square**<br>**Ashburn, VA 20148** | 7/20/21 | $9,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   JSM Consulting Inc. _____   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.65 | Resource Stack Inc.<br>43089 Forest Edge Square<br>Ashburn, VA 20148 | 8/16/21 | $11,550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.66 | Resource Stack Inc.<br>43089 Forest Edge Square<br>Ashburn, VA 20148 | 8/31/21 | $11,025.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67 | SMAKK Tech<br>37 Sutton Drive<br>Cohoes, NY 12047 | 9/8/21 | $12,416.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68 | Sure Tech Services Inc<br>4950 Dunham Drive<br>Reading, PA 19606 | 9/8/21 | $16,233.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.69 | TechieCorp LLC<br>350 Northern Boulevard<br>Suite 324<br>Albany, NY 12204 | 9/7/21 | $10,794.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.70 | TechieCorp LLC<br>350 Northern Boulevard<br>Suite 324<br>Albany, NY 12204 | 9/13/21 | $9,430.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.71 | Tek Tree LLC<br>1106 Drummond Plaza<br>Newark, DE 19711 | 9/7/21 | $12,782.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72 | Tek Tree LLC<br>1106 Drummond Plaza<br>Newark, DE 19711 | 9/13/21 | $12,180.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor     __JSM Consulting Inc.__                                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.73 | Tekizma Inc.<br>620 Herndon Parkway<br>Suite 350<br>Herndon, VA 20170 | 8/3/21 | $16,806.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74 | Tekizma Inc.<br>620 Herndon Parkway<br>Suite 350<br>Herndon, VA 20170 | 9/7/21 | $16,042.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75 | TriaM LLC<br>437 Lucy Court<br>South Plainfield, NJ 07080 | 8/10/21 | $9,261.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76 | TriaM LLC<br>437 Lucy Court<br>South Plainfield, NJ 07080 | 9/13/21 | $8,694.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77 | Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/7/21 | $12,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.78 | Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/7/21 | $12,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79 | Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/7/21 | $12,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80 | Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/7/21 | $6,162.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.81 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/7/21 | $12,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.82 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/7/21 | $12,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.83 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/13/21 | $12,470.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.84 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/13/21 | $12,180.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.85 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/13/21 | $12,180.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.86 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/13/21 | $7,697.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.87 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/13/21 | $12,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.88 Accelerated IT Services Inc.<br>2 Teasdale Court<br>Watervliet, NY 12189 | 10/13/21 | $12,180.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    __JSM Consulting Inc.__                                                                  Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.89 | **Advithri Technologies LLC**<br>9300 John Hickman Parkway<br>Suite 1120<br>Frisco, TX 75035 | 10/14/21 | $17,888.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.90 | **Ajah Technologies LLC**<br>525 Cinder Road<br>Edison, NJ 08820 | 10/8/21 | $6,825.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.91 | **Ajah Technologies LLC**<br>525 Cinder Road<br>Edison, NJ 08820 | 10/14/21 | $5,265.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.92 | **All Star Systems**<br>60 Devonshure Drive<br>Princeton, NJ 08540 | 10/7/21 | $17,292.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.93 | **All Star Systems**<br>60 Devonshure Drive<br>Princeton, NJ 08540 | 10/14/21 | $16,506.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.94 | **Amiti Consulting Inc.**<br>20745 Williamsport Place<br>Suite 350<br>Ashburn, VA 20147 | 10/8/21 | $12,320.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.95 | **Amiti Consulting Inc.**<br>20745 Williamsport Place<br>Suite 350<br>Ashburn, VA 20147 | 10/14/21 | $11,760.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.96 | **Anjus LLC**<br>875 Old Roswell Road<br>Suite C500<br>Roswell, GA 30076 | 10/7/21 | $11,550.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor   **JSM Consulting Inc.**                                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.97 **Anjus LLC**<br>**875 Old Roswell Road**<br>**Suite C500**<br>**Roswell, GA 30076** | 10/15/21 | $11,025.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.98 **APSS Futuristics**<br>**c/o Amit Saini**<br>**1215 Avalon Drive**<br>**Acton, MA 01720** | 10/7/21 | $8,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.99 **APSS Futuristics**<br>**c/o Amit Saini**<br>**1215 Avalon Drive**<br>**Acton, MA 01720** | 10/15/21 | $8,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.100. **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 10/13/21 | $13,502.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.101. **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 10/13/21 | $14,630.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.102. **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 10/13/21 | $15,604.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.103. **Armo Consultants**<br>**900 Landix Plaza**<br>**Suite 240**<br>**Parsippany, NJ 07054** | 10/15/21 | $40,425.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.104. **Binary Computer Int'l Corp.**<br>**50 Craigwood Road**<br>**Suite 209**<br>**South Plainfield, NJ 07080** | 10/5/21 | $5,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **JSM Consulting Inc.**                                             Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10<br>5. | **CNET Global Solutions Inc.**<br>2600 N. Central Expressway<br>Suite 650<br>Richardson, TX 75080 | 10/13/21 | $11,925.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>6. | **CNET Global Solutions Inc.**<br>2600 N. Central Expressway<br>Suite 650<br>Richardson, TX 75080 | 10/14/21 | $11,025.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>7. | **Certide Inc.**<br>347 Plainfield Avenue<br>Unit 107<br>Edison, NJ 08817 | 10/8/21 | $11,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>8. | **Certide Inc.**<br>347 Plainfield Avenue<br>Unit 107<br>Edison, NJ 08817 | 10/14/21 | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>9. | **Clariont Inc.**<br>1875 Century Park<br>Los Angeles, CA 90067 | 10/7/21 | $11,550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>0. | **Clariont Inc.**<br>1875 Century Park<br>Los Angeles, CA 90067 | 10/14/21 | $2,625.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>1. | **Dhar Technologies**<br>12 Catherine Avenue<br>Troy, NY 12180 | 10/15/21 | $16,806.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>2. | **Egrove Systems Corporation**<br>2G Auer Court<br>East Brunswick, NJ 08816 | 8/19/21 | $8,820.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JSM Consulting Inc.                                                                 Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.11<br>3. | Egrove Systems Corporation<br>2G Auer Court<br>East Brunswick, NJ 08816 | 9/13/21 | $8,820.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>4. | Egrove Systems Corporation<br>2G Auer Court<br>East Brunswick, NJ 08816 | 10/8/21 | $9,240.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>5. | Egrove Systems Corporation<br>2G Auer Court<br>East Brunswick, NJ 08816 | 10/14/21 | $8,820.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>6. | ERP Analysts Inc.<br>425 Metro Place N<br>Suite 510<br>Dublin, OH 43017 | 10/7/21 | $11,280.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>7. | ERP Analysts Inc.<br>425 Metro Place N<br>Suite 510<br>Dublin, OH 43017 | 10/7/21 | $11,280.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>8. | ERP Analysts Inc.<br>425 Metro Place N<br>Suite 510<br>Dublin, OH 43017 | 10/15/21 | $15,939.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>9. | Hall Mark Global Technologies<br>200 Motor Parkway<br>Suite D-26<br>Hauppauge, NY 11788 | 10/8/21 | $10,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>0. | Hummingbirds Consulting LLC<br>1750 Tysons Boulevard<br>Suite 1500<br>Mc Lean, VA 22102-1000 | 10/13/21 | $10,255.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JSM Consulting Inc.                                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.12<br>1. | Hummingbirds Consulting LLC<br>1750 Tysons Boulevard<br>Suite 1500<br>Mc Lean, VA 22102-1000 | 10/14/21 | $9,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>2. | Iflowsoft Solutions Inc.<br>200 Middlesex Essex Turnpike<br>Suite 203A<br>Iselin, NJ 08830 | 10/7/21 | $12,831.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>3. | Iflowsoft Solutions Inc.<br>200 Middlesex Essex Turnpike<br>Suite 203A<br>Iselin, NJ 08830 | 10/14/21 | $12,831.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>4. | Infoville<br>2162 Route 206<br>2nd Floor<br>Belle Mead, NJ 08502 | 10/13/21 | $7,315.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>5. | Infoville<br>2162 Route 206<br>2nd Floor<br>Belle Mead, NJ 08502 | 10/13/21 | $16,170.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>6. | Infoville<br>2162 Route 206<br>2nd Floor<br>Belle Mead, NJ 08502 | 10/14/21 | $29,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>7. | JSM Real Estate<br>5 Jake place<br>Monroe Township, NJ 08831 | 10/12/21 | $20,917.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>8. | Lodestar<br>780 Newtown-Yardley Road<br>Suite 325<br>Newtown, PA 18940 | 8/9/21 | $11,726.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **JSM Consulting Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12<br>9. | **Lodestar**<br>780 Newtown-Yardley Road<br>Suite 325<br>Newtown, PA 18940 | 9/17/21 | $11,193.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>0. | **Lodestar**<br>780 Newtown-Yardley Road<br>Suite 325<br>Newtown, PA 18940 | 10/8/21 | $11,726.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>1. | **Lodestar**<br>780 Newtown-Yardley Road<br>Suite 325<br>Newtown, PA 18940 | 10/14/21 | $11,193.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>2. | **Mercom Inc.**<br>12 Davenport Way<br>Hillsborough, NJ 08844 | 10/7/21 | $12,601.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>3. | **Mercom Inc.**<br>12 Davenport Way<br>Hillsborough, NJ 08844 | 10/14/21 | $12,028.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>4. | **Nitara Technologies Inc.**<br>11020 Star Chaser Circle<br>Woodstock, MD 21163 | 10/5/21 | $8,448.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>5. | **Nitara Technologies Inc.**<br>11020 Star Chaser Circle<br>Woodstock, MD 21163 | 10/15/21 | $8,064.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>6. | **Paramount Software Solutions**<br>4030 Old Milton Parkway<br>Suite 200<br>Alpharetta, GA 30005 | 10/13/21 | $13,860.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.13<br>7. | **Paramount Software Solutions**<br>**4030 Old Milton Parkway**<br>**Suite 200**<br>**Alpharetta, GA 30005** | **10/14/21** | **$13,230.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>8. | **Pronix Inc.**<br>**666 Plainsboro Road**<br>**Suite 1361**<br>**Plainsboro, NJ 08536** | **10/7/21** | **$11,638.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>9. | **Pronix Inc.**<br>**666 Plainsboro Road**<br>**Suite 1361**<br>**Plainsboro, NJ 08536** | **10/14/21** | **$11,109.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>0. | **Quanta Consulting**<br>**126 Alfred Street**<br>**Edison, NJ 08820** | **10/13/21** | **$17,292.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>1. | **Quanta Consulting**<br>**126 Alfred Street**<br>**Edison, NJ 08820** | **10/14/21** | **$13,362.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>2. | **Rishaan Consulting LLC**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | **10/8/21** | **$6,850.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>3. | **Rishaan Consulting LLC**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | **10/8/21** | **$7,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>4. | **Rishaan Consulting LLC**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | **10/8/21** | **$7,350.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14<br>5. | **Rishaan Consulting LLC**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | **10/8/21** | **$8,050.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>6. | **Rishaan Consulting LLC**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | **10/8/21** | **$8,850.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>7. | **Rishaan Consulting LLC**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | **10/8/21** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>8. | **Sean Raquet CPA**<br>**Sean Raquet CPA, LLC**<br>**PO Box 223**<br>**Rockaway, NJ 07866** | **9/27/21** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>9. | **Sean Raquet CPA**<br>**Sean Raquet CPA, LLC**<br>**PO Box 223**<br>**Rockaway, NJ 07866** | **10/15/21** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>0. | **Sean Raquet CPA**<br>**Sean Raquet CPA, LL**<br>**PO Box 223**<br>**Rockaway, NJ 07866** | **10/15/21** | **$626.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>1. | **Sepais Corporation**<br>**10 Mill Plain Road**<br>**Danbury, CT 06811** | **10/7/21** | **$11,726.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>2. | **Sepais Corporation**<br>**100 Mill Plain Road**<br>**Danbury, CT 06811** | **10/14/21** | **$11,193.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **JSM Consulting Inc.** _____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.15<br>3. | **SMAKK Tech**<br>**37 Sutton Drive**<br>**Cohoes, NY 12047** | **10/8/21** | **$13,530.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>4. | **SMAKK Tech**<br>**37 Sutton Drive**<br>**Cohoes, NY 12047** | **10/14/21** | **$12,915.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>5. | **Sure Tech Services Inc.**<br>**4950 Dunham Drive**<br>**Reading, PA 19606** | **10/7/21** | **$16,806.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>6. | **TDN Technical Solutions**<br>**1206 W. 3300 N. Pleasant Grove**<br>**Pleasant Grove, UT 84062** | **10/8/21** | **$13,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>7. | **TDN Technical Solutions**<br>**1206 W. 3300 N. Pleasant Grove**<br>**Pleasant Grove, UT 84062** | **10/15/21** | **$18,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>8. | **TechieCorp LLC**<br>**350 Northern Boulevard**<br>**Suite 324**<br>**Albany, NY 12204** | **10/8/21** | **$9,740.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>9. | **TechieCorp LLC**<br>**350 Northern Boulevard**<br>**Suite 324**<br>**Albany, NY 12204** | **10/15/21** | **$9,678.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>0. | **Tek Tree LLC**<br>**1106 Drummond Plaza**<br>**Newark, DE 19711** | **10/13/21** | **$13,612.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    JSM Consulting Inc.                                                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.16<br>1. | Tek Tree LLC<br>1106 Drummond Plaza<br>Newark, DE 19711 | 10/14/21 | $12,201.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>2. | Tekizema Inc.<br>620 Herndon Parkway<br>Suite 350<br>Herndon, VA 20170 | 10/5/21 | $16,424.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>3. | Tekizema Inc.<br>620 Herndon Parkway<br>Suite 350<br>Herndon, VA 20170 | 10/14/21 | $15,278.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>4. | Teky Bear Inc.<br>1212 Corporate Drive<br>Suite 150<br>Irving, TX 75038 | 10/14/21 | $14,284.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>5. | Teky Bear Inc.<br>1212 Corporate Drive<br>Suite 150<br>Irving, TX 75038 | 10/15/21 | $11,109.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>6. | triaM LLC<br>437 Lucy Court<br>South Plainfield, NJ 07080 | 10/13/21 | $19,883.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>7. | triaM LLC<br>437 Lucy Court<br>South Plainfield, NJ 07080 | 10/14/21 | $7,497.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>8. | Vuesol Technologies Inc.<br>4625 Alexander Drive<br>Suite 245<br>Alpharetta, GA 30022 | 10/14/21 | $15,128.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    JSM Consulting Inc.                                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Rishaan Consulting LLC<br>5 Jake Place<br>Monroe Township, NJ 08831<br>Affiliate | 9/9/21 | $20,000.00 | |
| 4.2. Transfer to M. Somani | 7/8/21 | $248,959.56 | |
| 4.3. Transfer to M. Somani | 8/10/21 | $100,000.00 | |
| 4.4. JSM Consulting India<br>302 Pride Gateway<br>Banner Road<br>Banner<br>Pune India 411045 | 7/28/21 | $15,009.30 | |
| 4.5. Transfer to M. Somani | 3/29/21 | $95,000.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. JSM Consulting Inc. v. IIT, Inc. | Arbitration | JAMS | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    **JSM Consulting Inc.**                                                            Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rabinowitz, Lubetkin & Tully, LLC**<br>**293 Eisenhower Parkway**<br>**Suite 100**<br>**Livingston, NJ 07039** | | **10/14/21** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    __JSM Consulting Inc._____     Case number *(if known)* _____

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    JSM Consulting Inc.                                                                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

Debtor    **JSM Consulting Inc.** _____    Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | Swarnanalatha Akula
65 Station Road
Cranbury, NJ 08512 | |
| 26a.2. | Mukesh Somani
65 Station Road
Cranbury, NJ 08512 | |
| 26a.3. | Dharmesh Shah
c/o Dharmesh Shah CPA
1941 Oak Tree Road
Suite 303
Edison, NJ 08820 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26b.1. | Dharmesh Shah
c/o Dharmesh Shah, CPA
1941 Oak Tree Road
Suite 303
Edison, NJ 08820 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are
unavailable, explain why |
|---|---|---|
| 26c.1. | Swarnanalatha Akula
65 Station Road
Cranbury, NJ 08512 | |
| 26c.2. | Mukesh Somani
65 Station Road
Cranbury, NJ 08512 | |
| 26c.3. | Dharmesh Shah
c/o Dharmesh Shah CPA
1941 Oak Tree Road
Suite 303
Edison, NJ 08820 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                                    Case number *(if known)*

statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **New York City Housing Authority**
          **250 Broadway**
          **New York, NY 10007**

26d.2.    **NYC MWBE**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rashmi Somani | 5 Jake Place<br>Monroe Township, NJ 08831 | President and Sole Owner | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mukesh Somani | 5 Jake Place<br>Monroe Township, NJ 08831 | Chief Executive Officer | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | $4,166.67 | 9/30/2020 | Salary |
| **Relationship to debtor**<br>**Insider** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **10/15/2020** | **Salary** |
| 30.3 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **10/30/2020** | **Salary** |
| 30.4 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **11/13/2020** | **Salary** |
| 30.5 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **11/30/2020** | **Salary** |
| 30.6 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **12/15/2020** | **Salary** |
| 30.7 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **12/31/2020** | **Salary** |
| 30.8 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **1/15/2021** | **Salary** |
| 30.9 | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **1/29/2021** | **Salary** |

Debtor   **JSM Consulting Inc.**                                      Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 0. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **2/12/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.1 1. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **2/26/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.1 2. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **3/15/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.1 3. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **3/31/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.1 4. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **4/15/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.1 5. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **4/30/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.1 6. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **5/14/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.1 7. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4,166.67** | **5/28/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor   **JSM Consulting Inc.**                                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.18. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$41,66.67** | **6/15/2021** | **Salary** |
| 30.19. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **6/30/2021** | **Salary** |
| 30.20. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **7/15/2021** | **Salary** |
| 30.21. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **7/30/2021** | **Salary** |
| 30.22. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **8/13/2021** | **Salary** |
| 30.23. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **8/31/2021** | **Salary** |
| 30.24. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$4,166.67** | **9/15/2021** | **Salary** |
| 30.25. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **9/30/2020** | **Salary** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor   __JSM Consulting Inc.__                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.26. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **10/15/2020** | **Salary** |
| 30.27. | **Rashmi Sonami**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333,33** | **10/30/2020** | **Salary** |
| 30.28. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **11/13/2020** | **Salary** |
| 30.29. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **11/30/2020** | **Salary** |
| 30.30. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **12/15/2020** | **Salary** |
| 30.31. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **12/31/2020** | **Salary** |
| 30.32. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **1/15/2021** | **Salary** |
| 30.33. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831**<br><br>**Relationship to debtor**<br>**Insider** | **$8,333.33** | **1/29/2021** | **Salary** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 4. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333.33** | **2/12/2021** | **Salary** |
| 30.3 5. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333,33** | **2/26/2021** | **Salary** |
| 30.3 6. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333.33** | **3/15/2021** | **Salary** |
| 30.3 7. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333.33** | **3/31/2021** | **Salary** |
| 30.3 8. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333.33** | **4/15/2021** | **Salary** |
| 30.3 9. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333.33** | **4/30/2021** | **Salary** |
| 30.4 0. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333.33** | **5/14/2021** | **Salary** |
| 30.4 1. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** **Relationship to debtor** **Insider** | **$8,333.33** | **5/28/2021** | **Salary** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **JSM Consulting Inc.**                                                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 2. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$8,333.33** | **6/15/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.4 3. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$8,333.33** | **6/30/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.4 4. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$8,333.33** | **7/15/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.4 5. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$8,333.33** | **7/30/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.4 6. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$8,333.33** | **8/13/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.4 7. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$8,333.33** | **8/31/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.4 8. | **Rashmi Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$8,333.33** | **9/15/2021** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |
| 30.4 9. | **Mukesh Somani** **5 Jake Place** **Monroe Township, NJ 08831** | **$4166.67** | **9/30/21** | **Salary** |
| | **Relationship to debtor** **Insider** | | | |

Debtor    JSM Consulting Inc.                                                                        Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.50. | **Mukesh Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | $4166.67 | 10/15/21 | Salary |
| | Relationship to debtor<br>**Insider** | | | |
| 30.51. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | $8,333.33 | 9/30/21 | Salary |
| | Relationship to debtor<br>**Insider** | | | |
| 30.52. | **Rashmi Somani**<br>**5 Jake Place**<br>**Monroe Township, NJ 08831** | $8,333.33 | 10/15/21 | Salary |
| | Relationship to debtor<br>**Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 18, 2021**

_____                          **Mukesh Somani**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **JSM Consulting Inc.**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 25,000.00 |
    | Prior to the filing of this statement I have received | $ | 30,000.00 |
    | Balance Due  as will be approved by the Court after the filing of fee applications. | $ | |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☒ Other (specify): Some of the pre-petition fees excluding the retainer were paid by a non-debtor affiliate
    Rishaan Consulting LLC.

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation of petition, schedules and statement of financial affairs, first day pleadings including cash collateral
        motion, pre-petition wages motion and critical vendors motion and plan; negotiation with creditors; appearances
        at first meeting of creditors, initial debtor interview, Subchapter V status conferences and all necessary Court
        hearings.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Date    10/18/21

Jonathan I. Rabinowitz
*Signature of Attorney*
**Rabinowitz, Lubetkin & Tully, LLC
30 East 9th Street
Apt. 5-L
New York, NY 10003
973-597-9100  Fax: 973-597-9119
jrabinowitz@rltlawfirm.com**
*Name of law firm*

* As a retainer to secure fees as are subsequently approved by the Bankruptcy Court.

## United States Bankruptcy Court
### Southern District of New York

In re    JSM Consulting Inc.

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Rashmi Somani<br>5 Jake Place<br>Monroe Township, NJ 08831 | | Common Stock | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 18, 2021

Signature

Mukesh Somani

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of New York**

In re   __JSM Consulting Inc._____    Case No.    _____
                                                       Debtor(s)    Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 18, 2021_____        _____

                                           **Mukesh Somani/Chief Executive Officer**
                                           Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    JSM Consulting Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   JSM Consulting Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 18, 2021
Date

Jonathan I. Rabinowitz
Signature of Attorney or Litigant
Counsel for   JSM Consulting Inc.
Rabinowitz, Lubetkin & Tully, LLC
30 East 9th Street
Apt. 5-L
New York, NY 10003
973-597-9100 Fax:973-597-9119
jrabinowitz@rltlawfirm.com